Office of the Clerk
UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
P.O. Box 193939
San Francisco, California 94119-3939

Molly C. Dwyer
Clerk of Court

(415) 355-8000

**NOTICE OF APPEARANCE OF COUNSEL or
RE-ASSIGNMENT OF COUNSEL WITHIN THE SAME OFFICE**

**NOTE:** For readability and security, print the filled-in form to PDF *(File > Print > PDF Printer/Creator)*. You may also fill in the form, print it, and then scan the filled-in form to a PDF file.

9th Circuit Case Number*(s)*: 16-17050

Case Name: Patricia Harding Morrison   v.   Quest Diagnostics Incorporated, et al.

List the name(s) of the party or parties you are representing: Nevada State Athletic Commission, Dr. Margaret Goodman, and Marc Ratner

- [ ] Appellant
- [ ] Petitioner
- [ ] Amicus Curiae
- [ ] Appellant/Cross-Appellee
- [x] Appellee
- [ ] Respondent
- [ ] Intervenor
- [ ] Appellee/Cross-Appellant

If this case has been re-assigned to you from another attorney in your office *(i.e., the Federal Public Defenders Office, OIL, or a law firm)*, indicate who you are replacing. Provide the name of counsel only if the attorney is no longer on the case.

I am replacing *(name of counsel)*:

Name: Vivienne Rakowsky

Firm/Office: Nevada Office of the Attorney General

Address: 555 East Washington Boulevard

City: Las Vegas   State: NV   Zip Code: 89101

Email: vrakowsky@ag.nv.gov   Re-enter Email: vrakowsky@ag.nv.gov

Phone Number *(including area code)*: (702) 486-3103

Signature *(use "s/" format)*: s/ Vivienne Rakowsky   Date: 12/6/2016

9th Circuit Case Number(s) | 16-17050

**NOTE:** For readability and security, print the filled-in form to PDF *(File > Print > PDF Printer/Creator)*. You may also fill in the form, print it, and then scan the filled-in form to a PDF file.

*********************************************************************************

## CERTIFICATE OF SERVICE
When All Case Participants are Registered for the CM/ECF System

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the CM/ECF system on *(date)* [            ].

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Signature *(use "s/" format)* [            ]

*********************************************************************************

## CERTIFICATE OF SERVICE
When Not All Case Participants are Registered for the CM/ECF System

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the CM/ECF system on *(date)* 12/6/2016.

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within 3 calendar days to the following non-CM/ECF participants:

Patricia Harding Morrison
P.O. Box 454
Rose Hill, KS 67133

Signature *(use "s/" format)* /s Vivienne Rakowsky