No. 16-17050

IN THE

**UNITED STATES COURT OF APPEALS**

FOR THE NINTH CIRCUIT

---

PATRICIA HARDING MORRISON
for the Estate of TOMMY MORRISON
*Plaintiff & Appellant,*

v.

QUEST DIAGNOSTICS INCORPORATED
JOHN HIATT
DR. MARGARET GOODMAN
NEVADA STATE ATHLETIC COMMISSION
MARC RATNER
*Defendants & Respondents.*

---

**APPENDIX A: Pages 1-49.**

---

| **Contents:** | **Page:** |
|---|---|
| Docket History… … … … … … … … | **49** |
| Glossary… … …. … … … … … … | **01** |
| Peer Reviewed Articles… … … … … … … | **27** |
| Physicians Questionnaire… … … … … … … | **14** |

1

## GLOSSARY

## (ABBREVIATIONS & DEFINITIONS OF TERMS)

For ease of reference, the following abbreviations and terminology are used in this brief:

## ABBREVIATIONS:

**AIDS.** Acquired immune deficiency syndrome.

**CDC.** The Centers for Disease Control of the United States Public Health Service.

**CLIA.** Clinical Laboratory Improvement Amendments (CLIA) of 1988 are United States federal regulatory standards that apply to all clinical laboratory testing performed on humans in the United States, except clinical trials and basic research.

**FDA.** The Food and Drug Administration is the principal agency with authority over pharmaceutical and medical device labeling, promotion and advertising. The FDA is responsible for protecting the public health by assuring the safety, effectiveness and security of human and veterinary drugs, vaccines and other biological products medical devices, food products, cosmetics, dietary supplements, tobacco products and products that give off radiation.

1

**FDCA.**    The FDA'a authority primarily flows from the Federal Food, Drug, and Cosmetic Act (FDCA). The FDCA, along with the regulations and guidance documents issued by the FDA to implement and interpret the Act, governs the labeling, promotion and advertising of pharmaceutical drug and medical device products. These include prescription drugs and devices, over-the-counter (OTC) drugs and devices, vaccines, blood products and other biological drug products.

**FTC.**    The Federal Trade Commission **is** an independent agency of the Unites States Government created by statute.

**HHS.**    The Department of Health and Human Services

**HIV.**    The Human Immunodeficiency Virus.

**HIV infection.**    The human immunodeficiency virus present in blood & bodily fluids.

**NIH.** The National Institute of Health.

## TERMINOLOGY:

**autoimmune disorders.**

A disorder in which the body's immune system begins producing antibodies that attack the body's own healthy tissues. Such as Addison's Disease; Epstein-Barr; Hemolytic Anemia; Rheumatoid arthritis, Lupus, IBD Inflammatory bowel disease; ulcerative

2

colitis; Crohn's disease; Celiac Disease, Guillain-Barre syndrome; Graves Disease; Hypothyroidism; Pernicious anemia; Psoriasis; Restless Legs Syndrome (RLS); Sjogren's disease, polymyalgia rheumatic, multiple sclerosis, Type 1 diabetes, vasculitis and many more.

**AIDS defining diseases.**

The Center for Disease Control and Prevention (CDC) has developed a list of these illnesses. Candidiasis of the esophagus, bronchi, trachea, or lungs (but not the mouth as in thrush); cervical cancer, invasive; Coccidioidomycosis, disseminated or extrapulmonary; Cryptococcosis, extrapulmonary; cryptosporidiosis, chronic intestinal (greater than one month's duration);cytomegalovirus disease (other than liver, spleen or nodes); cytomegalovirus retinitis (with loss of vision); encephalopathy, HIV related (not pugilistic syndrome); herpes simplex; chronic ulcer(s); bronchitis, Pneumonitsm or esophagitis; histoplasmosis; Isosporiasis; Kaposi sarcoma; Burkitt's lymphoma; Immunoblastic lymphoma; mycobacterium tuberculosis; Pneumocystis Jiroveci Pneumonia; progressive multifocal leukoencephalopathy; salmonella septicemia; toxoplasmosis of the brain; wasting syndrome due to HIV.

**budding retroviruses.**

Human immunodeficiency virus (HIV) and other retroviruses acquire their envelopes and spread infection by budding through the limiting membranes of producer cells.

3

**clinical trials.**

Clinical trials are research studies that explore whether a medical strategy, treatment, or device is safe and effective for humans.

**cross-reactivity.**

Cross-reactivity occurs when the proteins in one substance are similar to the proteins found in another substance. Results for potential interactions could be biological due to antibodies from other infections, or interactions between test kits in an algorithm.

**Consent to HIV-related test.**

Any consent shall be preceded by an explanation of the test, including its purpose, potential uses, limitations and the meaning of its results.

**Confidential HIV-related information.**

Any information which is in the possession of a person who provides one or more health or social services or who obtains the information pursuant to a release of confidential HI-related information and which concerns whether an individual has been the subject of an HIV-related test, or has HIV, HIV-related illness or AIDS; or any information which identifies or reasonably could identify an individual as having one or more of these conditions.

4

**clinical laboratory report.**

A report that is not a diagnosis, is not an HIV status, and cannot be used for treatment.

**defendants.**

Means all of the individual defendants individually, collectively, or in any combination.

**differential diagnosis.**

In medicine, a differential diagnosis is the distinguishing of a particular disease or condition from others that present similar clinical features. Differential diagnostic procedures are used by physicians and other trained medical professionals to diagnose the specific disease in a patient, or, at least, to eliminate any imminent life-threatening conditions Often each individual option of a possible disease is called a differential diagnosis (for example, bronchitis could be a differential diagnosis in the evaluation of a cough that ends up with a final diagnosis of common cold). Where multiple alternatives are possible, the method is essentially a process of elimination or at latest a process of obtaining information that shrinks the 'probabilities' of candidate conditions to negligible levels, by using evidence such as symptoms, patient history, and medical knowledge of adjust epistemic confidences in the mind of the diagnostician (or, for computerized or computer-assisted diagnosis, the software of the system).

5

**diagnostic tests.**

A diagnostic test is a procedure performed to help physicians confirm, or determine the presence of disease in an individual suspected of having the disease, usually following the report of symptoms. FDA approval is required for an intended use as a diagnostic test.

**Electron Microscopy.**

**In 1983** Dr.Robert Gallo discovered the human immunodeficiency virus using the electron microscope. The electron microscope has been used to measure HIV (120nanometers) and photo image the virus, and its antibodies, for scientific and medical literature. The electron microscope uses a beam of electrons to create an image of the specimen. It is capable of high magnifications allowing it to see much smaller objects (viruses, bacteria, atoms, proteins) than HIV in finer detail.

**Elisa Test.**

A screening test to detect antibodies to autoimmune disorders and antibodies to HIV.

**Expired, deficient or false consent.**

A disclosure may not be made on the basis of a consent which: 1) has expired; 2) on its face substantially fails to conform to any of the requirements set forth; 3) is known to

6

have been revoked; or 4) is known by the person holding the information to be materially false.

**False positive.**

A positive test for a person who is actually not infected.

**HIV test.**

Is a laboratory procedure that detects antibodies that also react to autoimmune disorders and not the human immunodeficiency virus.

**Health care provider.**

An individual or institutional health care provider.

**Individual health care provider.**

A physician, nurse, emergency medical services worker, chiropractor, optometrist, psychologist, nurse-midwife, physician assistant, dentist or other person, including a professional corporation or partnership, providing medical, nursing, drug or alcohol rehabilitation services, mental health services, other health care services or an employee or agent of such individual or an institutional health care provider.

**Institutional health care provider.**

A hospital, nursing home, hospice, clinic, blood bank, plasmapheresis or other blood product center organ or tissue bank, sperm bank, clinical laboratory, residential or

7

outpatient drug and alcohol rehabilitation service, mental health facility, mental retardation facility, home care agency, or any health care institution required to be licensed whether privately or publicly operated.

**Intended use.**

The FDA approves manufacturers' medical devices (HIV tests) based on clinical trials and their intended use.

**Label.**

The FDCA defines 'label' as 'a display of written, printed, or graphic matter upon the immediate container of any article.' That holds the actual product.

**Labeling.**

The FDCA defines 'labeling' as 'all labels and other written, printed, or graphic matter upon any article or any of its containers or wrappers, or accompanying such article, and has come to include 'any written, printed or graphic material that supplements or explains the product; is disseminated by the manufacturer in the commercial context as part of the selling process; and reaches the customer, doctor or patient, either before, with or after the product.'

**Limitations on disclosure and confidentiality of records.**

No person or employee, or agent of such person, who obtains confidential HIV-related information in the course of providing any health or social service or pursuant to a

8

release of confidential HIV-related information may disclose or be compelled to disclose the information except to 1) The patient; 2) the physician who ordered the test, and 3) any person specifically designated in a written, valid, signed, consent as provided by the patient, and 4) a person allowed access to the information by a court order issued pursuant to a hearing.

**Medical devices.**

Examples of medical devices include surgical instruments, implantable devices, diagnostic equipment, clinical laboratory tests and medical radiation emitting products (e.g. lasers, x-ray systems and ultrasound equipment).CBER regulates some medical devices used in the collection of whole blood and other blood products. Examples include cell separation devices, blood collection containers and HIV screening tests that are used to prepare blood products or to ensure the safety of the blood supply.

**manufacturers' disclaimers.**

Manufacturers are mandated by the FDA and FTC to provide the limitations, warnings, and intended use of their products within FDA approved packet inserts/package inserts.

**medical history.**

Medical history is a record of health information about a person, and his or her close relatives. A complete record includes information from three generations of relatives,

9

including children, brothers, sisters, parents, aunts and uncles, nieces and nephews, grandparents, and cousins. Medical history is useful in forming a differential diagnosis.

**Medical device.**

An HIV test is considered a medical device by the FDA.

**Medical diagnosis.**

Is the process of determining which disease or condition explains a person's symptoms and signs.

**misbranded medical devices.**

A test is misbranded if it is falsely and misleadingly used for another intended use, other than what it has received approval for from the FDCA, and reporting of those results not in compliance of FDCA is considered by the FTC as false advertising and unfair or deceptive acts or practices.

**no abnormality.**

No disease.

**Notice of test result.**

The physician who ordered the test shall inform the subject of the result.

**other conditions.**

Other conditions that will trigger a reaction to QUEST's tests: Hepatitis; Hepatitis B vaccination; tetanus vaccination; Herpes Simplex; Upper Respiratory Tract Infection; Flu Vaccination; Autoimmune Diseases; Allergies; Parasites; Bacteria; Tuberculosis; Naturally Occurring Antibodies; Alpha Interferon Treatment; Malaria; Blood Transfusions; HLA antibodies; Lipemic serum; Other retroviruses; Diabetes and over one hundred additional 'other conditions'.

**Offering False Evidence.**

An offense putting forth evidence in court or another legal proceeding, specifically in writing, to books, papers, documents, records, including placing a diagnosis of a loathsome disease (human immunodeficiency virus) on a clinical laboratory report.

**Packet/package insert.**

A packet/package insert is a document approved by the FDA and provided along with the device (HIV test) to provide additional information on the device such as limitations, intended use, warnings, cross-reactions.

**promoter NRS.467.030** means any person who is licensed to produce or stages any professional contest or exhibition.

**physical examination.**

11

A physical examination helps the physician to determine the general status of the patient's health and discuss patient-physician about any ongoing pain or symptoms. A physical examination can often rule in or rule out a diagnosis.

**Required elements of written consent to disclosure.**

A written consent to disclosure of confidential HIV-related information shall include: 1. The specific name or general designation of the person permitted to make the disclosure; 2. The name or title of the individual, or the name of the organization to which the disclosure is to be made; 3. the name of the subject; 4. the purpose of the disclosure; 5. how much and what kind of information is to be disclosed; 6. the signature of the subject; 7. the date on which the consent was signed; 8. a statement that the consent is subject to revocation at any time except to the extent that the person who is to make the disclosure has already acted in reliance on it, and 9. the date, event or condition upon which the consent will expire, if not revoked earlier.

**retrovirus.**

A virus, such as HIV, that is composed not of DNA but of RNA.

**reliably reported.**

For a human clinical test or study (test) means a report of the test has been published in a peer-reviewed journal, and such published report provides sufficient information about the test for experts in the relevant field to assess the reliability of the results.

**Rule-in.**

Term used in medicine, meaning to confirm a diagnosis after the physician's process of elimination and differential diagnosis procedures.

**Rule-out.**

Term used in medicine, meaning to eliminate or exclude something from consideration.

**screening tests.**

Screening tests are not diagnostic tests. Results from screening tests essentially indicates suspicion of disease.

**Substitute decisionmaker.**

Any guardian or person who by law or medical practice is authorized to consent on behalf of an incompetent person for medical treatment,

**Subsequent disclosure prohibited.**

No person to whom confidential HIV-related information has been disclosed may disclose that information to another person, without further written consent.

13

**Symptoms of HIV.**

Nausea, vomiting, persistent diarrhea, chronic fatigue, rapid weight loss, cough and shortness of breath, recurring fever, chills and night sweats, rashes, sores or lesions in the mouth or nose, on genitals, or under the skin.

**viral particles.**

Viral particles or infectious particles calculate the live amount of virus found in an involved body fluid.

## OBTAINING A DIFFERENTIAL DIAGNOSIS
## PHYSICIANS QUESTIONNAIRE:

Please **check** √ any of these boxes to answer the question:

YES □  NO □      I can provide the Court with an affidavit from Nobel Prize

Winner Kary Mullis on his invention of PCR detailing that the PCR

method detects and diagnosis and confirms the presence of the

virus/HIV in any specimen, including blood, fluids, sperm and

tissue of TOMMY.

YES □  NO □      I can provide the Court with an affidavit on how I isolated and purified

the infection, and the virus, and the methodology used to determine

14

the diagnosis and location of infection in TOMMY'S body.

YES ☐ NO ☐     Antibodies are contagious.

YES ☐ NO ☐     I can disclose financials on monies and funding that I receive from

specifically, funding from QUEST DIAGNOSTICS, INC., any

subsidiaries    or    wholly    owned    QUEST    companies;    any

pharmaceutical                drug    companies;    and    testing    companies    such    as

ABBOTT or ROCHE.

YES ☐ NO ☐     I can disclose whether QUEST employees are sent to my location to

draw or collect blood or other specimens and what I am charged, or

not charged for this service.

YES ☐ NO ☐     I bill insurance companies, and the patient, for drawing blood or

collecting specimen.

YES ☐ NO ☐     I sent a QUEST laboratory report to the Social Security

Administration  as  confirmation  of  a  diagnosis  for  TOMMY  to

receive                social security disability benefits.

YES ☐ NO ☐     Records on TOMMY are no longer in my possession, custody or

control.

YES ☐ NO ☐     QUEST DIAGNOSTICS INC, OR THEIR SUBSIDIARIES

diagnosed TOMMY with the virus/HIV on their laboratory report

sent                to me.

15

YES □ NO □    I personally interpreted the accuracy of all the QUEST tests that QUEST used on TOMMY in Las Vegas, Nevada, on February 10, 1996.

YES □ NO □    I have attached to this questionnaire the DOCUMENT from QUEST or its subsidiaries that confirms a **<u>DIAGNOSIS</u>** of the virus/HIV in TOMMY.

YES □ NO □    I have attached to this questionnaire the DOCUMENT that was used to start treatment of HAART or ARV'S in TOMMY

YES □ NO □    The QUEST laboratory report was a definitive and conclusive diagnosis of the virus/HIV in TOMMY MORRISON.

YES □ NO □    I always give a copy of this QUEST report to show that my patient has or has not the virus/HIV.

YES □ NO □    QUEST provided me with the test kit company disclaimers on the tests I used on TOMMY.

YES □ NO □    QUEST provided me with the 100 non-HIV-related ailments that trigger a *false positive* result.

YES □ NO □    QUEST chose the tests to use to detect the virus/HIV in TOMMY'S blood.

16

following disclaimer: ELISA: The ELISA TEST by Abbott, contains an FDA package insert, with the *strict* warnings and disclaimers: *"At present there is no recognized standard for establishing the presence or absence of HIV-1 antibody in human blood."*

YES ☐ NO ☐    I did not know that the test QUEST performed on TOMMY had the following disclaimer: WESTERNBLOT: The WESTERNBLOT TEST contains an FDA package insert, with the warning and disclaimer: *"Do not use this test as the sole basis of diagnosis of HIV-1 infection."*

YES ☐ NO ☐    I did not know that the test QUEST performed on TOMMY had the following disclaimer: ROCHE/PCR: The PCR/Viral Load Test contains an FDA package insert with the absolute strictest of warnings and disclaimers *" The Amplicor HIV-1 Monitor test, is not intended to be used as a screening test for HIV nor as a diagnostic test to confirm the presence of HIV infection."*

YES ☐ NO ☐    Testing was done on TOMMY for the following factors that are known studies and referenced in ***peer-reviewed journals*** to cause "false-positives" on the commercially available tests I used on TOMMY.

YES ☐ NO ☐    **Hepatitis** *ref: Sungar C, Akpolat T, Ozkuyumcu C, et al. Alpha interferon therapy in hemodialysis patients. Nephron.*

17

YES ☐ NO ☐     **Rheumatoid Arthritis**    *ref: Ng.V.1991. Serological diagnosis with recombinant peptides/proteins. Clin. Chem. 37:1667-1668.*

YES ☐ NO ☐     **Tetanus vaccination** *ref: Pearlman ES, Ballas SK. 1994, False-positive human immunodeficiency virus screening test related to rabies vaccination. Arch Pathol. Lab.Med. 118-805*

YES ☐ NO ☐     **Epstein-Barr virus** *ref: Ozanne G, Fauvel M. 1988. Performance and reliability of five commercial enzyme-linked immunosorbent assay kits in screening for anti-human immunodeficiency virus antibody in high-risk subjects. J.Clin.Micro.26:1496*

YES ☐ NO ☐     **Hepatitis B vaccination**    *ref: Lee D, Eby W, Molinaro G.1992 HIV false positivity after hepatitis B vaccination. Lancet.339:1060.* **and** *ref: Profitt MR, Yen-Lieberman B.1993. Laboratory diagnosis of human immunodeficiency virus infection. Inf.Dis.Clin.North Am.7:203.*

YES ☐ NO ☐     **Herpes Simplex II/Upper Respiratory Tract Infection** *ref: Challakare K, Rapaport M. 1993. False-positive human immunodeficiency virus type 1 ELISA results in low-risk subjects. West. J. Med.159(2):214-215*

YES ☐ NO ☐     **Flu Vaccination**    *ref: Mackenzie W, Davis J, Peterson D, et al. 1992. Multiple false-positive serologic tests for HIV, hTLV-1 and Hepatitis*

18

*C following influenza vaccination, 1991. JAMA.268:1015-1017.*

YES ☐ NO ☐    **Autoimmune Diseases**   *ref: Ranki A, Kurki P, Reipponen S, et al.1992. antibodies to retroviral proteins in autoimmune connective tissue. Arthritis and Rheumatism.35:1483.*

YES ☐ NO ☐    Testing for bacteria, parasites, allergies and non-life threatening ailments to support a high or low CD4 and CD8 count.

YES ☐ NO ☐    Mental stress testing done and results to rule out a 20-fold increase in cortisol levels reducing any T cell counts in TOMMY.

YES ☐ NO ☐    Testing done to check cortisol levels and excessive cortisol levels that cause rapid and dramatic reductions in T cells.

YES ☐ NO ☐    Testing to detect and diagnose GBS (Guillain-Barre Syndrome) and MILLER FISHER SYNDROME.

YES ☐ NO ☐    Testing for chronic anxiety, depression, stress and panic attacks.

YES ☐ NO ☐    Step-by-step methods were used by you to isolate and purify any virus and bacteria found in the blood, or specimen of TOMMY.

YES ☐ NO ☐    Photo images were taken of any virus or bacteria found in the blood or specimen of Tommy Morrison.

YES ☐ NO ☐    DNA testing

YES ☐ NO ☐    Blood type of TOMMY matches QUEST lab. reports you have received

YES □ NO □    Proof of the Patent numbers and dates licensed, along with clinical trials and photo images on all the tests used on TOMMY to detect the virus/HIV.

YES □ NO □    Testing was done on TOMMY for the following factors that are known studies and referenced in ***peer-reviewed journals*** to cause "false-positives" on the commercially available tests I used on TOMMY.

YES □ NO □    Naturally-occurring antibodies (5, 19)

YES □ NO □    Anti-carbohydrate antibodies (52, 19, 13)

YES □ NO □    Passive immunization: receipt of gamma globulin or immune globulin (as prophylaxis against infection which contains antibodies) (18, 26, 60, 4, 22, 42, 43, 13)

YES □ NO □    Leprosy (2, 25)

YES □ NO □    Tuberculosis (25)

YES □ NO □    Mycobacterium avium (25)

YES □ NO □    Systemic lupus erythematosus (15, 23)

YES □ NO □    Renal (kidney) failure (48, 23, 13)

YES □ NO □    Hemodialysis/renal failure (56, 16, 41, 10, 49)

YES □ NO □    Alpha interferon therapy in hemodialysis patients (54)

20

YES ☐ NO ☐     Flu (36)

YES ☐ NO ☐     Flu vaccination (30, 11, 3, 20, 13, 43, 72, 76)

YES ☐ NO ☐     Herpes simplex I (27)

YES ☐ NO ☐     Herpes simplex II (11)

YES ☐ NO ☐     Upper respiratory tract infection (cold or flu)(11)

YES ☐ NO ☐     Recent viral infection or exposure to viral vaccines (11)

YES ☐ NO ☐     Pregnancy in multiparous women (58, 53, 13, 43, 36, 85, 92)

YES ☐ NO ☐     Malaria (6, 12, 75, 88)

YES ☐ NO ☐     Young age in Africans exposed to malaria (more false-positives seen
               in children than adults) (75)

YES ☐ NO ☐     High levels of circulating immune complexes (6, 33)

YES ☐ NO ☐     Hypergammaglobulinemia (high levels of antibodies) (40, 33)

YES ☐ NO ☐     Rheumatoid arthritis (36)

YES ☐ NO ☐     Hepatitis B vaccination (28, 21, 40, 43)

YES ☐ NO ☐     Tetanus vaccination (40)

YES ☐ NO ☐     Organ transplantation (1, 36)

YES ☐ NO ☐     Renal transplantation (35, 9, 48, 13, 56)

YES □ NO □   Anti-lymphocyte antibodies (56, 31)

YES □ NO □   Anti-collagen antibodies (found in gay men, hemophiliacs, Africans of both sexes and people with leprosy) (31)

YES □ NO □   Serum-positive for rheumatoid factor, antinuclear antibody (both found in rheumatoid arthritis) and other autoantibodies (14, 62, 53)

YES □ NO □   Autoimmune diseases (44, 29, 10, 40, 49, 43):

YES □ NO □   Systemic lupus erythematosus

YES □ NO □   Scleroderma

YES □ NO □   Connective tissue disease

YES □ NO □   Dermatomyositis

YES □ NO □   Acute viral infections, DNA viral infections (59, 48, 43, 53, 40, 13)

YES □ NO □   Malignant neoplasms (cancers) ( 40)

YES □ NO □   Alcoholic hepatitis/alcoholic liver disease (32, 48, 40, 10, 13, 49, 43, 53)

YES □ NO □   Primary sclerosing cholangitis (48, 53)

YES □ NO □   Hepatitis, hepatitis B (54, 95),

YES □ NO □   "Sticky" blood (in Africans) (38, 34, 40)

22

YES □ NO □   Antibodies with a high affinity for polystyrene (used in the test kits) (62, 40, 3)

YES □ NO □   Blood transfusions, multiple blood transfusions (63, 36, 13, 49, 43, 41)

YES □ NO □   Multiple myeloma (10, 43, 53)

YES □ NO □   HLA antibodies (to Class I and II leukocyte antigens)(7, 46, 63, 48, 10, 13, 49, 43, 53)

YES □ NO □   Anti-smooth muscle antibody (48)

YES □ NO □   Anti-parietal cell antibody (48)

YES □ NO □   Anti-hepatitis A IgM (antibody)( 48)

YES □ NO □   Anti-HBc (hepatitis B core) IgM (48)

YES □ NO □   Administration of human immunoglobulin preparations pooled before 1985 (10)

YES □ NO □   Hemophilia (10, 49)

YES □ NO □   Hematologic malignant disorders/lymphoma (43, 53, 9, 48, 13)

YES □ NO □   Primary biliary cirrhosis (43, 53, 13, 48, 104)

YES □ NO □   Stevens-Johnson syndrome (9, 48, 13)

23

YES □ NO □     Q-fever with associated hepatitis (61)

YES □ NO □     Heat-treated specimens (51, 57, 24, 49, 48)

YES □ NO □     Lipemic serum (blood with high levels of fat or lipids) ( 49)

YES □ NO □     Hemolyzed serum (disruption of the red blood cell membrane, causing release of hemoglobin) (49)

YES □ NO □     Hyperbilirubinemia (10, 13)

YES □ NO □     Healthy individuals as a result of poorly-understood cross-reactions (10)

YES □ NO □     Normal human ribonucleoproteins (48, 13)

YES □ NO □     Other retroviruses (8, 55, 14, 48, 13)

YES □ NO □     Anti-mitochondrial antibodies (48, 13)

YES □ NO □     Anti-nuclear antibodies (48, 13, 53)

YES □ NO □     Anti-microsomal antibodies (34)

YES □ NO □     T-cell leukocyte antigen antibodies (48, 13)

YES □ NO □     Proteins on the filter paper (13)

YES □ NO □     Epstein-Barr virus (37, 90)

YES □ NO □     Visceral leishmaniasis (45, 89)

24

YES □ NO □     Maternal antibodies carried over to uninfected infants (87)

YES □ NO □     Low affinity natural polyreactive antibodies (68)

YES □ NO □     Rubella vaccination (67)

YES □ NO □     Rabies vaccination (40)

YES □ NO □     Trypanosoma cruzi (Chagas Disease) (88)

YES □ NO □     Trypanosoma brucei gambiense (sleeping sickness) (102)

YES □ NO □     Heterophile antibodies (94, 96)

YES □ NO □     Human anti-animal antibodies: Bovine, goat, mice, sheep, other? (96)

YES □ NO □     Exposure to large animals (101)

YES □ NO □     Antibodies to bovine serum albumin used in test kits (96)

YES □ NO □     Rapid HIV test kits nearing their expiration date (74)

YES □ NO □     Multiple sclerosis (86) (105)

YES □ NO □     Cystic fibrosis (86) (100)

YES □ NO □     Injection drug use (parenteral substance abuse & OTHER (86)

YES □ NO □     Cross-contamination of negative samples by adjacent samples (70) (103) (47)

YES □ NO □     Unidentified host- or site-specific factors (71)

25

YES □ NO □    Length of time used to incubate home test kit produces false-positives (78)

YES □ NO □    Schistosoma haematobium worm, Schistosoma mansoni egg (73)

YES □ NO □    Circulating p-ANCA (p-anti-neutrophil cytoplasmic antibody) and/or myeloperoxidase (93)

YES □ NO □    Cutaneous T-cell lymphoma (105)

YES □ NO □    Diabetes (101)

YES □ NO □    Anti major histocompatibility complex (MHC) (101)

YES □ NO □    Anti-cardiolipin antibodies (104)

YES □ NO □    Polyclonal B-cell activation (102)

YES □ NO □    Protozoan parasites (102)

YES □ NO □    Paramyxovirus infection (47)

YES □ NO □    Autoantibodies against cellular proteins (47)

///

26

**PEER REVIEWED ARTICLES REFERENCING AUTOIMMUNE DISORDERS:**

1.    Agbalika F, Ferchal F, Garnier J-P, et al. False-positive antigens related to emergence of a 25-30 kD protein detected in organ recipients.

*AIDS* 1992, Vol. 6 № 9.


2.    Andrade V, Avelleira JC, Marques A, et al. Leprosy as a cause of false-positive results in serological assays for the detection of antibodies to HIV-1.

*Intl. J. Leprosy* (1991) Vol. 59, № 1, 125.


3.    Arnold NL, Slade RA, Jones MM, et al. Donor follow up of influenza vaccine-related multiple viral enzyme immunoassay reactivity.

*Vox Sanguinis* (1994) Vol. 67: 191-194.


4.    Ascher D, Roberts C. Determination of the etiology of seroreversals in HIV testing by antibody fingerprinting.

*JAIDS* (1993) Vol. 6, 241-244.

27

5.    Barbacid M, Bolgnesi D, Aaronson S. Humans have antibodies capable of recognizing oncoviral glycoproteins: Demonstration that these antibodies are formed in response to cellular modification of glycoproteins rather than as consequence of exposure to virus.

*Proc. Natl. Acad. Sci.* USA (1980) Vol. 77: 1617-1621.


6.    Biggar R, Melbye M, Sarin P, et al. ELISA HTLV retrovirus antibody reactivity associated with malaria and immune complexes in healthy Africans.

*Lancet* (Sep 7 1985) 520-543.


7.    Blanton M, Balakrishnan K, Dumaswala U, et al. HLA antibodies in blood donors with reactive screening tests for antibody to the immunodeficiency virus.

*Transfusion* Vol. 27, № 1, 118.


8.    Blomberg J, Vincic E, Jonsson C, et al. Identification of regions of HIV-1 p24 reactive with sera which give "indeterminate" results in electrophoretic immunoblots with the help of long synthetic peptides.

*AIDS Res. Hum. Retro*. (1990) Vol. 6, № 12, 1363- 1372.

28

9.    Burkhardt U, Mertens T, Eggers H. Comparison of two commercially available anti-HIV ELISA's: Abbott HTLV-III ELA and DuPont HTLV-III ELISA.

*J. Med. Vir.* (1987) Vol. 23 217-224


10.   Bylund D, Ziegner U, Hooper D. Review of testing for HIV.

*Clin. Lab. Med.* (1992) Vol. 12 № 2, 305-333


11.   Challakere K, Rapaport M. 1993. False-positive HIV type 1 ELISA results in low-risk subjects.

*West. J. Med.* 1993, Vol. 159, № 2., 214-215.


12.   Charmot G, Simon F. 1990. HIV infection and malaria.

*Rev Prat. (1990) Vol. 40, № 23: 2141*


13.   Cordes R, Ryan M. 1995. Pitfalls in HIV testing.

*Postgraduate Medicine* (1995) Vol. 98, № 5, p. 177.


14.   Dock N, Lamberson H, O'Brien T, et al. 1988. Evaluation of atypical HIV immunoblot reactivity in blood donors.

*Transfusion* Vol. 28, №5, 412-418.

29

15.   Esteva M, Blasini A, Ogly D, et al. 1992. False positive results for antibody to HIV in two men with systemic lupus erythematosus.

*Ann. Rheum. Dis.* (1992) Vol. 51 1071-1073.


16.   Fassbinder W, Kuhni P, Neumayer H. et al. 1986. Prevalence of antibodies against LAV/HTLV-III [HIV] in patients with terminal renal insufficiency treated with hemodialysis and following renal transplantation.

*Deutsche Medizinische Wochenschrift* Vol. 111 1087-1090.


17.   Fleming D, Cochi S, Steece R. et al. 1987. Acquired immunodeficiency syndrome in low-incidence areas.

*JAMA* (1987) Vol. 258, № 6, 785-787.


18.   Gill MJ, Rachlis A, Anand C. 1991. Five cases of erroneously diagnosed HIV infection.

*Can. Med. Asso. J.* Vol. 145, № 12, 1593-1595.

19.  Healey D, Bolton W. 1993. Apparent HIV-1 glycoprotein reactivity on Western blot in uninfected blood donors.

*AIDS* (1993) Vol. 7, 655-658.


20.  Hsia J. 1993. False-positive ELISA for HIV after influenza vaccination.

*Journal of Infectious Diseases* (1993) Vol. 167 989-990.


21.  Isaacman S. 1989. Positive HIV antibody test results after treatment with hepatitis B immune globulin.

*JAMA* Vol. 262 № 2, 209.


22.  Jackson G, Rubenis M, Knigge M, et al., Passive immunoneutralization of HIV in patients with advanced AIDS.

*Lancet* (Sept. 17 1988) 647-651.


23.  Jindal R, Solomon M, Burrows L., False positive tests for HIV in a woman with lupus and renal failure.

*NEJM,* (1993) Vol. 328, № 17, 1281-1282.

24. Jungkind D, DiRenzo S, Young S., Effect of using heat-inactivated serum with the Abbott human T-cell lymphotropic virus type III [HIV] antibody test.

*J. Clin. Micro*. (1986), Vol. 23, № 2, 381-382.


25. Kashala O, Marlink R, Ilunga M. et al. —Infection with HIV type 1 (HIV-1) and human T-cell lymphotropic viruses among leprosy patients and contacts: correlation between HIV-1 cross-reactivity and antibodies to lipoarabionomanna.

*J. Infect. Dis*. (1994) Vol. 169, 296-304.


26. Lai-Goldman M, McBride J, Howanitz P, et al. 1987. Presence of HTLV-III [HIV] antibodies in immune serum globulin preparations.

*Am. J. Clin. Path*., (1987), Vol. 87 № 5, 635-639.


27. Langedijk J, Vos W, Doornum G, et al. 1992. Identification of cross-reactive epitopes recognized by HIV-1 false-positive sera.

*AIDS* (1992) Vol. 6, № 12, 1547-1548.


28. Lee D, Eby W, Molinaro G. 1992. HIV false positivity after hepatitis B vaccination.

*Lancet* Vol. 339, 1060.

32

29.  Leo-Amador G, Ramirez-Rodriguez J, Galvan-Villegas F, et al. 1990. Antibodies against HIV in generalized lupus erythematosus.

*Salud Publica de Mexico* (1990) Vol. 32, 21-25.


30.  Mackenzie W, Davis J, Peterson D. et al. 1992. Multiple false-positive serologic tests for HIV, HTLV-1 and hepatitis C following influenza vaccination, 1991.

*JAMA* Vol. 268, № 8, 1015-1017.


31.  Mathe G. 1992. Is the AIDS virus responsible for the disease?

*Biomed & Pharmacother* (1992), Vol. 46, 1-2.


32.  Mendenhall C, Roselle G, Grossman C, et al. 1986. False-positive tests for HTLV-III [HIV] antibodies in alcoholic patients with hepatitis.

*NEJM*, Vol. 314, № 14 921-922.


33.  Moore J, Cone E, Alexander S. 1986. HTLV-III [HIV] seropositivity in 1971-1972 parenteral drug abusers - a case of false-positives or evidence of viral exposure?

*NEJM* (1986) Vol. 314 № 21, 1387-1388.

33

34.   Mortimer P, Mortimer J, Parry J. 1985. Which anti-HTLV-III/LAV [HIV] assays for screening and confirmatory testing?

*Lancet*, Oct. 19, 1985, 873.


35.   Neale T, Dagger J, Fong R, et al. 1985. False-positive anti-HTLV-III [HIV] serology.

*New Zealand Med. J.* Oct 23,1985, 914.


36.   Ng V. 1991. Serological diagnosis with recombinant peptides/proteins.

*Clinical Chemistry* (1991) Vol. 37, № 10, 1667-1668.


37.   Ozanne G, Fauvel M. 1988. Performance and reliability of five commercial enzyme-linked immunosorbent assay kits in screening for anti-HIV antibody in high-risk subjects.

*J. Clin. Micro.*, Vol. 26, № 8, 1496-1500.


38.   Papadopulos-Eleopulos E. 1988. Reappraisal of AIDS - Is the oxidation induced by the risk/ factors the primary cause?

*Med. Hypo.* (1988) Vol. 25, :151-162.

34

39. Papadopulos-Eleopulos E, Turner V, and Papadimitriou J. 1993. Is a positive Western blot proof of HIV infection?

*Bio/Technology* (1993) Vol. 11, 696-707.


40. Pearlman ES, Ballas SK. 1994. False-positive HIV screening test related to rabies vaccination.

*Arch. Pathol. Lab. Med.* (1994) Vol. 118, p805-806.


41. Peternan T, Lang G, Mikos N, et al. Hemodialysis/renal failure. 1986.

*JAMA* (1986), Vol. 255, № 17, 2324-2326.


42. Piszkewicz D. 1987. HTLV-III [HIV] antibodies after immune globulin.

*JAMA* (1987) Vol. 257, № 3, 316.


43. Profitt MR, Yen-Lieberman B. 1993. Laboratory diagnosis of HIV infection.

*Inf. Dis. Clin. North Am.* (1993), Vol. 7, № 2, 203-219.


44. Ranki A, Kurki P, Reipponen S, et al. 1992. Antibodies to retroviral proteins in autoimmune connective tissue disease.

*Arthritis and Rheumatism* (1992) Vol. 35, № 12 1483-1491.

35

45.   Ribeiro T, Brites C, Moreira E, et al. 1993. Serologic validation of HIV infection in a tropical area.

*JAIDS* (1993) Vol. 6, № 3, 319-322.


46.   Sayers M, Beatty P, Hansen J. 1986. HLA antibodies as a cause of false-positive reactions in screening enzyme immunoassays for antibodies to human T-lymphotropic virus type III [HIV].

*Transfusion* (1986), Vol. 26, № 1, 113-115.


47.   Sayre KR, Dodd RY, Tegtmeier G, et al. 1996. False-positive HIV type 1 Western blot tests in non-infected blood donors.

*Transfusion* (1996) Vol. 36, № 1, 45-52.


48.   Schleupner CJ. Detection of HIV-1 infection. In: (Mandell GI, Douglas RG, Bennett JE, eds.)

*Principles and Practice of Infectious Diseases*, 3rd ed., (1990) New York: Churchill Livingstone, Chapter 109, p 1092.

49.   Schochetman G, George J. 1992. Serologic tests for the detection of HIV infection.

In *AIDS Testing Methodology and Management Issues* (1992), Springer-Verlag, New York, p88-92.


50.   Simonsen L, Buffington J, Shapiro C, et al. 1995. Multiple false reactions in viral antibody screening assays after influenza vaccination.

*Am. J. Epidem.* (1995), Vol. 141, № 11, 1089-1096.


51.   Smith D, Dewhurst S, Shepherd S, et al. 1987. False-positive enzyme-linked immunosorbent assay reactions for antibody to HIV in a population of midwestern patients with congenital bleeding disorders.

*Transfusion* (1987) Vol. 127, Issue 1, 112.


52.   Snyder H, Fleissner E. 1980. Specificity of human antibodies to oncovirus glycoproteins; Recognition of antigen by natural antibodies directed against carbohydrate structures.

*Proc. Natl. Acad. Sci. USA*, Vol. 77, № 3, 1622-1626.

53.   Steckelberg JM, Cockerill F. 1988. Serologic testing for HIV antibodies. *Mayo Clin. Proc.* (1988), Vol. 63, 373-380.

54.   Sungar C, Akpolat T, Ozkuyumcu C, et al. Alpha interferon therapy in hemodialysis patients. *Nephron.* (1994), Vol. 67, 251.

55.   Tribe D, Reed D, Lindell P, et al. 1988. Antibodies reactive with HIV gag-coated antigens (gag reactive only) are a major cause of enzyme-linked immunosorbent assay reactivity in a blood donor population. *J. Clin. Micro.* (1988), Vol. 26, № 4, 641-647.

56.   Ujhelyi E, Fust G, Illei G, et al. 1989. Different types of false positive anti-HIV reactions in patients on hemodialysis. *Immunology Letters*, Vol. 22, 35-40.

57.   Van Beers D, Duys M, Maes M, et al. Heat inactivation of serum may interfere with tests for antibodies to LAV/HTLV-III [HIV]. *J. Virological Methods* (1985), Vol. 12, 329.

58.   Voevodin A. 1992. HIV screening in Russia.

*Lancet* (1992) Vol. 339, 1548.


59.   Weber B, Moshtaghi-Borojeni M, Brunner M, et al. 1995. Evaluation of the reliability of six current anti-HIV-1/HIV-2 enzyme immunoassays.

*J. Vir. Meth.* Vol. 55, 97-104.


60.   Wood C, Williams A, McNamara J, et al. 1986. Antibody against the HIV in commercial intravenous gammaglobulin preparations.

*Ann. Int. Med.* (1986) Vol. 105, № 4, 536-538.


61.   Yale S, Degroen P, Tooson J, et al. 1994. Unusual aspects of acute Q fever-associated hepatitis.

*Mayo Clin. Proc.* (1994) Vol. 69:769-773.


62.   Yoshida T, Matsui T, Kobayashi M, et al. 1987. Evaluation of passive particle agglutination test for antibody to HIV.

*J. Clin. Micro.* Vol. 25, № 8, p 1433-1437.

63.   Yu S, Fong C, Landry M, et al. 1989. A false positive HIV antibody reaction due to transfusion-induced HLA-DR4 sensitization.

*NEJM* Vol. 320, № 22, 1495.


64.   Hammett, TM, National Institute of Justice,

*AIDS Bulletin,* Oct. 1988, p6-7.


65.   Abdulla, EM (2005) Letter to the Editor,

*J Pak Med Assoc.* Vol. 55, 130.


66.   Agarwal, D, False Positive HIV-1 DNA PCR in Infancy,

*Indian Pediatrics*, (2008), Vol. 45, 245-246.


67.   Araujo PR et al. (2009) Rubella vaccination and transitory false-positive test results for HIV Type 1 in blood donors,

*Transfusion* (2009) Vol. 49, 2516-2517.

68.   Bouillon M et al., (2002) Reduced frequency of blood donors with false-positive HIV-1 and -2 antibody EIA reactivity after elution of low-affinity nonspecific natural antibodies.

*Transfusion (2002) Vol. 42, 1046-1052.*


69.   Bronze MS, et al. (1998) False-positive enzyme immunoassay for HIV due to acute cytomegalovirus infection.

*Clin. Infect Dis. (1998), Vol. 27, 221-222.*


70.   Cable RG, et al. (1997) Interpretation of false-positive HIV type 1 Western Blot assays in blood donors.

*Transfusion (1997) Vol. 37, 670.*


71.   Del Rio C. (2006) More on false-positive results in rapid HIV testing.

*AIDS Clinical Care (2006), Vol. 18, № 4, 39.*


72.   Erickson CP, et al. (2006) Influenza vaccination and false positive HIV results.

*NEJM, (2006), Vol. 354, 1422-1423.*

73.   Everett DB, et al. (2010) Association of schistosomiasis with false-positive HIV
test results in an African adolescent population.

*J Clin Microbiol* Vol. 48, № 5, 1570-1577.


74.   Facente SN, et al. (2009) False positive rate of rapid oral fluid HIV tests increases
as kits near expiration date.

*PLoS ONE* (2009), Vol. 4, Issue 12, e8217.


75.   Gasasira AF, et al. (2006) False-positive results of enzyme immunoassays for
HIV in patients with uncomplicated malaria.

*J Clin Microbiol* (2006), Vol. 44, № 8, 3021-3024.


76.   GlaxoSmithKline Biologicals s.a., Glaxo Vaccine causes ELISA false positive,
(~2009) Glaxo Pandemrix Product Info.


77.   Guinn D (2007) HIV screening and false-positive results.

*JAMA*, (2007), Vol. 297, № 9, 947-948

78.   Haddow LJ, Robinson AJ (2005) A case of a false positive result on a home HIV test kit obtained on the Internet.

*Sex Transm Infect* (2005, Vol. 81, 359)


79.   Havlichek DH, Jr., Hage-Korban E (1999) False-positive HIV diagnosis by HIV-1 plasma viral load testing.

*Ann Intern Med* (1999), Vol. 131, № 10, 794.


80.   Imai M, et al. (1999) Kinetic analysis of anti-HIV titer in early stage of HIV infection--a new testing strategy to differentiate early HIV infection individuals from false positive cases].

*J. Japan Assoc Infect Dis* (1999) Vol. 73, 1183-1186.


81.   Kakaiya R, et al. (2011) False-positive nucleic acid test results for HIV RNA and hepatitis C virus RNA: an underappreciated problem.

*Transfusion* (2011) Vol. 51, 225- 226.


82.   Kim S, et al. (2010) False-positive rate of a "fourth-generation" HIV antigen/antibody combination assay in an area of low HIV prevalence.

*Clin Vaccine Immunol* (2010), Vol. 17, № 10, 1642-1644.

83. Kleinman S, et al. (1998) False-positive HIV-1 test results in a low-risk screening setting of voluntary blood donation. Retrovirus Epidemiology Donor Study.

*JAMA* (1998), Vol. 280, № 12, 1080-1085.


84. Liu P, et al. (2008) The false-positive and false-negative predictive value of HIV antibody test in the Chinese population.

*J Medical Screening* (2008), Vol. 15, № 2, 72.


85. Magee LA, et al. (1999) False-positive results in antenatal HIV screening.

*Canadian Med Assn J* (1999) Vol. 160, № 9, 1285.


86. Mylonakis E, et al. (2000) Report of a false-positive HIV test result and the potential use of additional tests in establishing HIV serostatus.

*Arch Intern Med* (2000) Vol. 160, 2386-2388.


87. Nastouli E, et al. (2007) False-positive HIV antibody results with ultrasensitive serological assays in uninfected infants born to mothers with HIV.

*AIDS* (2007) Vol. 21, № 9, 1222-1223.

44

88.   Parra-Pineros JE, et al. (2004) False-positive HIV test and Trypanosoma cruzi infection in eastern Colombia.

*Southern Med J,* (2004) Vol. 97, № 4, 423-424.


89.   Salinas A, et al. (2007) Patients with leishmaniasis can have false-positive HIV test results.

*Clin Infect Dis* (2007) Vol. 45, 139-140.


90.   Seme K, et al. (2006) False-positive result of a confirmatory HIV line immuno assay in an apparently healthy individual—a case report.

*Coll Antropol* (2006) Vol. 30, Suppl 2: 43-46.


91.   Sheikh AA, et al. (2006) High frequency of false positive results in HIV screening in blood banks.

*J Pak Med Assoc* (2006) Vol. 56, S72-75.


92.   Shima-Sano T, et al. (2010) A HIV screening algorithm to address the high rate of false-positive results in pregnant women in Japan.

*PLoS ONE* (2010), Vol. 5, Issue 2, e9382.

93. Silverstein DM, et al. (2004) False-positive HIV antibody test in a dialysis patient.

*Pediatr Nephrol* (2004) Vol. 19: 547-549.


94. Spencer DV, et al. (2009) Heterophilic antibody interference causing false-positive rapid HIV antibody testing.

*Clin Chim Acta* (2009) Vol. 399, 121-122.


95. Wai CT, Tambyah PA (2002) False-positive HIV-1 ELISA in patients with hepatitis B,

*Am J Med* (2002) Vol. 112, 737.


96. Willman JH, et al. (1999) Heterophile antibodies to bovine and caprine proteins causing false-positive HIV type 1 and other enzyme-linked immunosorbent assay results.

*Clin Diagn Lab Immunol* (1999) Vol. 6, № 4, 615-616.


97. Zacharias NM, et al. (2004) High false-positive rate of HIV rapid serum screening in a predominantly Hispanic prenatal population.

*J Perinatol* (2004), Vol. 24, 743-747.

46

98.   Zdeb MS (2007) HIV screening and false-positive results.

*JAMA* (2007) Vol. 297, № 9, 947-948; author reply 948.


99.   Rapp C, et al. (2005) [Malaria and false positive serology for HIV].

*Med Trop (Mars)* (2005) Vol. 65, № 4: 397-398.


100. Dillman N., Ceglowski W, Fiel S. False-positive test for human

immunodeficiency virus (HIV) in patients with cystic fibrosis

*Ann. Int. Med.* (1989) Vol. 110, № 1, 94.


101. Grusky O, Roberts K, Swanson A. Communicating indeterminate HIV Western

Blot test results to clients: An observational study of three community testing sites.

*AIDS Patient Care and STDs* (2006) Vol. 20, № 9, 620-627.


102. Lejon V, Ngoyi D, Ilunga M, et al. Low specificities of HIV diagnostic tests

caused by *Trypanosoma brucei gambiense* sleeping sickness.

*J. Clin. Micro.* (2010) Vol. 48 № 8, 2836-2839.

103. Mahony A, Parry J, Mortimer P. Cross-contamination and —confirmed positive anti- HIV results.

*Lancet* (Oct. 12, 1991) Vol. 338, 953-954.


104. Mason A, Xu L, Guo L, et al. Detection of retroviral antibodies in primary biliary cirrhosis and other idiopathic biliary disorders.

*Lancet* (May 30, 1998) Vol. 351, 1620-1624.


105. Ranki A, Johansson E, Krohn K. Interpretation of antibodies reacting solely with human retroviral core proteins.

*NEJM* (February 18, 1988) Vol. 318, № 7 448-449.


106. Sherman M, Dock N, Ehrlich G, et al. Evaluation of HIV type 1 Western Blot indeterminate blood donors for the presence of human or bovine retroviruses.

*AIDS Res. Hum. Retro*. (1995) Vol. 11, № 3, 409-414.

///

# DOCKET HISTORY

MORRISON's docket entries of critical filings and fact-based

Exhibits overlooked by the district court.

| DOCKET: | DOCUMENT: |
|---|---|
| 6 | CERTIFICATE OF INTERESTED PARTIES |
| 90 | OBJECTION RE DISCOVERY |
| 105/106 | SECOND AMENDED COMPLAINT |
| 125 | FIRST REQUEST FOR JUDICIAL NOTICE |
| 127/128/130 | MOTION TO COMPEL PRODUCTION OF DOCUMENTS |
| 130/131/132 | MOTION TO COMPEL PRODUCTION OF DOCUMENTS |
| 153 | SECOND SUPPLEMENTAL WITNESS AND EXHIBIT DISCLOSURES |
| 154 | SECOND MOTION TO COMPEL PRODUCTION OF DOCUMENTS |
| 157 | DEMAND FOR TRIAL BY JURY |
| 158 | MOTION TO SET TRIAL DATE |
| 194/195 | RESPONSE TO MSJ#185#186 |
| 200 | EXHIBITS ROCKY 1-15 |
| 201 | MOTION TO HOLD PRO HAC VICE COUNSEL IN CONTEMPT |
| 202 | EXHIBITS 1-2 |
| 203 | EXHIBITS 1-15 |
| 214 | OPPOSITION TO FILE DOCUMENTS UNDER SEAL |
| 219 | EXHIBITS |
| 262 | SECOND REQUEST FOR JUDICIAL NOTICE |
| 267 | SUPPLEMENTAL CERTIFICATE OF INTERESTED PARTIES |