No. 16-17050

IN THE

**UNITED STATES COURT OF APPEALS**

FOR THE NINTH CIRCUIT

---

PATRICIA HARDING MORRISON
for the Estate of TOMMY MORRISON
*Plaintiff & Appellant,*

v.

QUEST DIAGNOSTICS INCORPORATED
JOHN HIATT
DR. MARGARET GOODMAN
NEVADA STATE ATHLETIC COMMISSION
MARC RATNER
*Defendants & Respondents.*

---

**APPENDIX D: Pages 1-9**

---

| **Contents:** | **Page:** |
|---|---|
| NSAC BOXING CONTRACTS… … … … … … TM363,296,314,315,398,218,217 (NSAC Exhibits) | **01** |
| QUEST Stolen Data Printed July 30th, 2014 for Caldwell… … QDI 438, QD 459 (QUEST Exhibits. Hundreds of other pages exist, but not included in Appendix D.) | **08** |

4

OFFICIAL BOXING CONTRACT

# NEVADA ATHLETIC COMMISSION

## ARTICLES OF AGREEMENT

THIS AGREEMENT, Made and entered into in triplicate this **20** day of **May**, 19**93**, between **TOP RANK, INC** of the City of **LAS VEGAS**, State of **NV**, a boxing promoter duly licensed under the laws of the State of Nevada, hereinafter called the Promoter, and **GEORGE FOREMAN** of the City of **HUMBLE**, State of **TX**, a duly licensed boxer under the laws of the State of Nevada, License number _____, hereinafter called the Boxer, and _____ of the City of _____, State of _____, a duly licensed manager, under the laws of the State of Nevada, License number _____, hereinafter called the Manager.

WITNESSETH: In consideration of the mutual covenants and agreements hereinafter contained, the parties hereto hereby agree to and with each other as follows:

1. That the Boxer will appear and enter into a boxing contest at the site location of **LAS VEGAS**, Nevada, on the **7** day of **JUNE**, 19**93**, or on a date to be hereafter agreed upon, for **12** rounds to a decision with **TOMMY MORRISON** of the City of **KANSAS CITY**, State of **MO**, as his opponent, at a weight of not over **HVY** pounds, said weight to be taken on the certified scales of the Promoter.

2. That the Promoter will pay the Boxer for such contest, and the Boxer agrees to accept in full of all claims and demands for his services and the performance by him of this contract, the sum of **SEVEN MILLION** Dollars ($**7,000,000**).

3. That the contest shall be with gloves to be furnished by the Promoter at its own expense, as provided by chapter 467 of the Nevada Revised Statutes, authorizing boxing contests, and shall be conducted in all respects in conformity with the laws of the State of Nevada, and the rules and regulations adopted by the Nevada Athletic Commission, which are hereby made a part of this agreement; that the referee of said contest shall be duly licensed to act as such by the State of Nevada, and assigned to act as referee by the Nevada Athletic Commission. If the referee or the Nevada Athletic Commission shall decide that the Boxer and Manager, or either of them, did not enter into the contract in good faith; or the Boxer and Manager, or either of them, had any collusive understanding or agreement regarding the termination of the match other than that the same should be an honest exhibition of skill on the part of the contestants; or that the Boxer is not honestly competing or did not give an honest exhibition of his skill, or is guilty of an act detrimental to the interest of boxing; it is agreed in any of such events that the Boxer shall not be entitled to the compensation above named, or any part thereof, unless so ordered by the Nevada Athletic Commission.

It is further agreed that the Promoter shall pay said compensation to the said Commission in the event the Commission shall so order upon any of the above-mentioned grounds. The Commission shall thereupon, in its discretion, make such disposition of said purse as it deems to the best interest of legitimate sport and may forfeit to the Nevada Athletic Commission all or any part of compensation or order the same or any portion thereof paid to the Boxer. All parties hereto agree to accept and be bound by the decision of the said Commission and such decision shall be final and conclusive of the rights of the parties thereto.

4. That the Boxer shall personally report at the above-named fight location for weighing and medical examination, in accordance with the rules and regulations of the Nevada Athletic Commission, and shall report at the site to the director of bouts two hours before the time set for the contest.

5. The Boxer agrees to appear when and as directed by the Promoter at all reasonable times for publicity purposes.

6. Should the Boxer desire the Manager be paid directly by the Promoter, deducting such amount from the Boxer's share of the purse:
   (a) The Manager must be licensed by the Nevada State Athletic Commission;
   (b) A valid service contract between the Boxer and Manager must be on file with the Commission;
   (c) The amount paid to the manager may not exceed one-third of the purse;
   (d) The Boxer must specify and initial any such amount below.

Manager's Share _____   Boxer's Initials _____

Any other pertinent facts or contractual clauses not included in the above should be written hereon:

_____

_____

_____

TIME IS OF THE ESSENCE OF THIS AGREEMENT.

IN WITNESS WHEREOF, The parties hereto have hereunto affixed their hands and seals, in triplicate, at _____, Nevada.

PROMOTER **TOP RANK, INC**   Date **5/20/93**

By (Signature) _[signature]_   Date _____

BOXER (Signature) _[signature]_   Date _____

MANAGER (Signature) _____   Date _____

NOTICE TO MATCHMAKER: Every boxer MUST BE SIGNED on one of these Official Boxing Contracts. White copy of this contract MUST be submitted by weigh in time to the Commission.

Managers handling boxers under so-called "verbal agreements" cannot sign contracts for boxers' appearance as "verbal agreements" are not recognized by the Commission. If a boxer has no written contract with a licensed manager then such boxer must sign his own boxing contracts.

WHITE COPY—Nevada Athletic Commission; YELLOW COPY—Promoter's File; BLUE COPY—Boxer.

TM 217

OFFICIAL BOXING CONTRACT

# NEVADA ATHLETIC COMMISSION

### ARTICLES OF AGREEMENT

THIS AGREEMENT, Made and entered into in triplicate this **20** day of **MAY**, 19**93**, between **TR** of the City of **LV**, State of **NV**, a boxing promoter duly licensed under the laws of the State of Nevada, hereinafter called the Promoter, and **TOMMY MORRISON** of the City of **KC**, State of **MO**, a duly licensed boxer under the laws of the State of Nevada, License number _____, hereinafter called the Boxer, and _____ of the City of _____, State of _____, a duly licensed manager, under the laws of the State of Nevada, License number _____, hereinafter called the Manager.

WITNESSETH: In consideration of the mutual covenants and agreements hereinafter contained, the parties hereto hereby agree to and with each other as follows:

1. That the Boxer will appear and enter into a boxing contest at the site location of **LV**, Nevada, on the **7** day of **JUNE**, 19**93**, or on a date to be hereafter agreed upon, for **12** rounds to a decision with **GEORGE FOREMAN** of the City of **HOUSTON**, State of **TX**, as his opponent, at a weight of not over **HVY** pounds, said weight to be taken on the certified scales of the Promoter.

2. That the Promoter will pay the Boxer for such contest, and the Boxer agrees to accept in full of all claims and demands for his services and the performance by him of this contract, the sum of **ONE MILLION** Dollars ($**1,000,000**).

3. That the contest shall be with gloves to be furnished by the Promoter at its own expense, as provided by chapter 467 of the Nevada Revised Statutes, authorizing boxing contests, and shall be conducted in all respects in conformity with the laws of the State of Nevada, and the rules and regulations adopted by the Nevada Athletic Commission, which are hereby made a part of this agreement; that the referee of said contest shall be duly licensed to act as such by the State of Nevada, and assigned to act as referee by the Nevada Athletic Commission. If the referee or the Nevada Athletic Commission shall decide that the Boxer and Manager, or either of them, did not enter into the contract in good faith, or the Boxer and Manager, or either of them, had any collusive understanding or agreement regarding the termination of the match other than that the same should be set as honest exhibition of skill on the part of the contestants; or that the Boxer is not honestly competing or did not give an honest exhibition of his skill, or is guilty of an act detrimental to the interest of boxing; it is agreed in any of such events that the Boxer shall not be entitled to the compensation above named, or any part thereof, unless so ordered by the Nevada Athletic Commission.

It is further agreed that the Promoter shall pay said compensation to the said Commission in the event the Commission shall so order upon any of the above-mentioned grounds. The Commission shall thereupon, in its discretion, make such disposition of said purse as it deems to the best interest of legitimate sport and may forfeit to the Nevada Athletic Commission all or any part of compensation or order the same or any portion thereof paid to the Boxer. All parties hereto agree to accept and be bound by the decision of the said Commission and such decision shall be final and conclusive of the rights of the parties thereto.

4. That the Boxer shall personally report at the above-named fight location for weighing and medical examination, in accordance with the rules and regulations of the Nevada Athletic Commission, and shall report at the site to the director of bouts two hours before the time set for the contest.

5. The Boxer agrees to appear when and as directed by the Promoter at all reasonable times for publicity purposes.

6. Should the Boxer desire the Manager be paid directly by the Promoter, deducting such amount from the Boxer's share of the purse:
   (a) The Manager must be licensed by the Nevada State Athletic Commission;
   (b) A valid service contract between the Boxer and Manager must be on file with the Commission;
   (c) The amount paid to the manager may not exceed one-third of the purse;
   (d) The Boxer must specify and initial any such amount below.

Manager's Share **333,300.00**      Boxer's Initials _____

Any other pertinent facts or contractual clauses not included in the above should be written hereat:

**FOR VACANT WBO HEAVYWEIGHT TITLE**

**PROMOTER RETAINS ALL TV AND ANCILLARY RIGHTS FOR PERPETUITY**
**All Fights assigned non-exclusive rights in all**
TIME IS OF THE ESSENCE OF THIS AGREEMENT. **media in perpetuity**

IN WITNESS WHEREOF, The parties hereto have hereunto affixed their hands and seals, in triplicate, at _____, Nevada.

PROMOTER **TR**               Date _____
By (Signature) _____       Date _____
BOXER (Signature) _____    Date _____
MANAGER (Signature) _____  Date **6/3/93**

NOTICE TO MATCHMAKER: Every boxer MUST BE SIGNED on one of these Official Boxing Contracts. White copy of this contract MUST be submitted by weigh in time to the Commission.

Managers handling boxers under so-called "verbal agreements" cannot sign contracts for boxers' appearance as "verbal agreements" are not recognized by the Commission. If a boxer has no written contract with a licensed manager then such boxer must sign his own boxing contracts.

WHITE COPY—Nevada Athletic Commission; YELLOW COPY—Promoter's File; BLUE COPY—Boxer.

TM 218

OFFICIAL BOXING CONTRACT

# NEVADA ATHLETIC COMMISSION

### ARTICLES OF AGREEMENT

THIS AGREEMENT, Made and entered into in triplicate this __1__ day of __MAR__, 19__92__, between __TR__ of the City of __LV__, State of __NV__ a boxing promoter duly licensed under the laws of the State of Nevada, hereinafter called the Promoter, and __Tommy Morrison__ of the City of __KC__, State of __KA__, a duly licensed boxer under the laws of the State of Nevada, License number _____, hereinafter called the Boxer, and _____ of the City of _____, State of _____, a duly licensed manager, under the laws of the State of Nevada, License number _____, hereinafter called the Manager.

WITNESSETH: In consideration of the mutual covenants and agreements hereinafter contained, the parties hereto hereby agree to and with each other as follows:

1. That the Boxer will appear and enter into a boxing contest at the site location of __LV__, Nevada, on the __20__ day of __MAR__, 19__92__, or on a date to be hereafter agreed upon, for __10__ rounds to a decision with __Jeremy Halstead__ of the City of __OK City__, State of __OK__, as his opponent, at a weight of not over __HVY__ pounds, said weight to be taken on the certified scales of the Promoter.

2. That the Promoter will pay the Boxer for such contest, and the Boxer agrees to accept in full of all claims and demands for his services and the performance by him of this contract, the sum of __Thirty-Five Thousand__ Dollars ($ __35,000__ ) BT

[standard contract clauses 3-6]

Manager's Share __11,665.50__    Boxer's Initials ____

Any other pertinent facts or contractual clauses not included in the above should be written hereat:

__Promoter retains all TV and Ancillary Rights for perpetuity__

TIME IS OF THE ESSENCE OF THIS AGREEMENT.

IN WITNESS WHEREOF, The parties hereto have hereunto affixed their hands and seals, in triplicate, at _____, Nevada.

PROMOTER __Top Rank__ Date _____
By (Signature) _____ Date _____
BOXER (Signature) _____ Date _____
MANAGER (Signature) _____ Date _____

NOTICE TO MATCHMAKER: Every boxer MUST BE SIGNED on one of these Official Boxing Contracts. White copy of this contract MUST be submitted by weigh in time to the Commission.

Managers handling boxers under so-called "verbal agreements" cannot sign contracts for boxers' appearance as "verbal agreements" are not recognized by the Commission. If a boxer has no written contract with a licensed manager then such boxer must sign his own boxing contracts.

WHITE COPY—Nevada Athletic Commission; YELLOW COPY—Promoter's File; BLUE COPY—Boxer.

TM 296

OFFICIAL BOXING CONTRACT

# NEVADA ATHLETIC COMMISSION

### ARTICLES OF AGREEMENT

THIS AGREEMENT, Made and entered into in triplicate this __16__ day of __Feb__, 19__92__ between __Top Rank__ of the City of __LV__, State of __NV__, a boxing promoter duly licensed under the laws of the State of Nevada, hereinafter called the Promoter, and __Tommy Morrison__ of the City of __KC__, State of __KA__, a duly licensed boxer under the laws of the State of Nevada, License number _____, hereinafter called the Boxer, and _____ of the City of _____, State of _____, a duly licensed manager, under the laws of the State of Nevada, License number _____, hereinafter called the Manager.

WITNESSETH: In consideration of the mutual covenants and agreements hereinafter contained, the parties hereto hereby agree to and with each other as follows:

1. That the Boxer will appear and enter into a boxing contest at the site location of _____, __LV__, Nevada, on the __16__ day of __Feb__, 19__92__, or on a date to be hereafter agreed upon, for __10__ rounds to a decision with __Danny Gennell__ of the City of __Bakersfield__, State of __CA__, as his opponent, at a weight of not over __117__ pounds, said weight to be taken on the certified scales of the Promoter.

2. That the Promoter will pay the Boxer for such contest, and the Boxer agrees to accept in full of all claims and demands for his services and the performance by him of this contract, the sum of __Ten Thousand__ Dollars ($__10,000__).

3. That the contest shall be with gloves to be furnished by the Promoter at its own expense, as provided by chapter 467 of the Nevada Revised Statutes, authorizing boxing contests, and shall be conducted in all respects in conformity with the laws of the State of Nevada, and the rules and regulations adopted by the Nevada Athletic Commission, which are hereby made a part of this agreement; that the referee of said contest shall be duly licensed to act as such by the State of Nevada, and assigned to act as referee by the Nevada Athletic Commission. If the referee or the Nevada Athletic Commission shall decide that the Boxer and Manager, or either of them, did not enter into the contract in good faith; or the Boxer and Manager, or either of them, had any collusive understanding or agreement regarding the termination of the match other than that the same should be an honest exhibition of skill on the part of the contestants; or that the Boxer is not honestly competing or did not give an honest exhibition of his skill, or is guilty of an act detrimental to the interest of boxing; it is agreed in any of such events that the Boxer shall not be entitled to the compensation above named, or any part thereof, unless so ordered by the Nevada Athletic Commission.

It is further agreed that the Promoter shall pay said compensation to the said Commission in the event the Commission shall so order upon any of the above-mentioned grounds. The Commission shall thereupon, in its discretion, make such disposition of said purse as it deems to the best interest of legitimate sport and may forfeit to the Nevada Athletic Commission all or any part of compensation or order the same or any portion thereof paid to the Boxer. All parties hereto agree to accept and be bound by the decision of the said Commission and such decision shall be final and conclusive of the rights of the parties thereto.

4. That the Boxer shall personally report at the above-named fight location for weighing and medical examination, in accordance with the rules and regulations of the Nevada Athletic Commission, and shall report at the site to the director of bouts two hours before the time set for the contest.

5. The Boxer agrees to appear when and as directed by the Promoter at all reasonable times for publicity purposes.

6. Should the Boxer desire the Manager be paid directly by the Promoter, deducting such amount from the Boxer's share of the purse:
(a) The Manager must be licensed by the Nevada State Athletic Commission;
(b) A valid service contract between the Boxer and Manager must be on file with the Commission;
(c) The amount paid to the manager may not exceed one-third of the purse;
(d) The Boxer must specify and initial any such amount below.

Manager's Share _____ Boxer's Initials _____

Any other pertinent facts or contractual clauses not included in the above should be written hereat:

__Promoter retains all the TV, merchandising rights for entirety__
__of fight and re-matches re-negotiable__

TIME IS OF THE ESSENCE OF THIS AGREEMENT.

IN WITNESS WHEREOF, The parties hereto have hereunto affixed their hands and seals, in triplicate, at __BJ__, Nevada.

PROMOTER __Top Rank__ Date _____
By (Signature) _____ Date _____
BOXER (Signature) _____ Date __2/16/92__
MANAGER (Signature) _____ Date __7/11/__

NOTICE TO MATCHMAKER: Every boxer MUST BE SIGNED on one of these Official Boxing Contracts. White copy of this contract MUST be submitted by weigh in time to the Commission.

Managers handling boxers under so-called "verbal agreements" cannot sign contracts for boxers' appearance as "verbal agreements" are not recognized by the Commission. If a boxer has no written contract with a licensed manager then such boxer must sign his own boxing contracts.

WHITE COPY—Nevada Athletic Commission; YELLOW COPY—Promoter's File; BLUE COPY—Boxer.

TM 314

OFFICIAL BOXING CONTRACT

# NEVADA ATHLETIC COMMISSION

## ARTICLES OF AGREEMENT

THIS AGREEMENT, Made and entered into in triplicate this **27** day of **JAN**, 19**92**,
between **TOP RANK** ........................................................ of the
City of **LV**, State of **NV**, hereinafter called the Promoter, and
a boxing promoter duly licensed under the laws of the State of Nevada, hereinafter called the Promoter, and **BOBBY QUARRY** ........................................................ of the
City of **BAKERSFIELD**, State of **CA**, a duly licensed boxer
under the laws of the State of Nevada, License number.................................., hereinafter called the Boxer, and
........................................................ of the City of ........................................................
State of ........................................................, a duly licensed manager, under the laws of the State of Nevada,
License number ........................................................, hereinafter called the Manager.

WITNESSETH: In consideration of the mutual covenants and agreements hereinafter contained, the parties hereto hereby agree to and with each other as follows:

1. That the Boxer will appear and enter into a boxing contest at the site location of ........................................................
**LV**, Nevada, on the **16** day
of **FEB**, 19**92**, or on a date to be hereafter agreed upon, for **10** rounds to a decision with
**TOMMY MORRISON** of the City of **JAY**
State of **OK** as his opponent, at a weight of not over **HVY** pounds,
said weight to be taken on the certified scales of the Promoter.

2. That the Promoter will pay the Boxer for such contest, and the Boxer agrees to accept in full of all claims and demands for his services and the performance by him of this contract, the sum of **FOUR - THOUSAND**
........................................................ Dollars ($**4,000**).

[fine print paragraphs 3-9 illegible]

Manager's Share ........................................................ Boxer's Initials ........................................................

PLUS 3 AIRFARES, 2 ROOMS, MEALS FOR 3 PERSONS

PROMOTER RETAINS ALL TV AND ANCILLARY RIGHTS FOR PERPETUITY

TIME IS OF THE ESSENCE OF THIS AGREEMENT.

IN WITNESS WHEREOF, The parties hereto have hereunto affixed their hands and seals, in triplicate, at ........................................................, Nevada.

PROMOTER **TOP RANK** Date ........................................................
By (Signature) [signature] Date ........................................................
BOXER (Signature) [signature] Date **1/28/92**
MANAGER (Signature) **Bobby Quarry** Date **1/28/92**

NOTICE TO MATCHMAKER: Every boxer MUST BE SIGNED on one of these Official Boxing Contracts. White copy of this contract MUST be submitted by weigh in time to the Commission.

Managers handling boxers under so-called "verbal agreements" cannot sign contracts for boxers' appearance as "verbal...

OFFICIAL BOXING CONTRACT

# NEVADA ATHLETIC COMMISSION

## ARTICLES OF AGREEMENT

THIS AGREEMENT, Made and entered into in triplicate this __1__ day of __NOV__, 19__90__,
between __TR__ of the
City of __LV__, State of __NV__,
a boxing promoter duly licensed under the laws of the State of Nevada, hereinafter called the Promoter, and
__MIKE ACEY__ of the
City of __PHXVILLE__, State of __PA__, a duly licensed boxer
under the laws of the State of Nevada, License number _____, hereinafter called the Boxer, and
_____ of the City of _____,
State of _____, a duly licensed manager, under the laws of the State of Nevada,
License number _____, hereinafter called the Manager.

WITNESSETH: In consideration of the mutual covenants and agreements hereinafter contained, the parties hereto hereby agree to and with each other as follows:

1. That the Boxer will appear and enter into a boxing contest at the site location of _____
__BALLYS__, Nevada, on the __8__ day
of __NOV__, 19__90__, or on a date to be hereafter agreed upon, for __6__ rounds to a decision with
__TOMMY MORRISON__ of the City of __KC__,
State of __MO__, as his opponent, at a weight of not over __HVY__ pounds,
said weight to be taken on the certified scales of the Promoter.

2. That the Promoter will pay the Boxer for such contest, and the Boxer agrees to accept in full of all claims and demands for his services and the performance by him of this contract, the sum of __THREE THOUSAND THREE HUNDRED & THIRTY__ Dollars ($ __3,335__ ).

3. That the contest shall be with gloves to be furnished by the Promoter at its own expense, as provided by chapter 467 of the Nevada Revised Statutes, authorizing boxing contests, and shall be conducted in all respects in conformity with the laws of the State of Nevada, and the rules and regulations adopted by the Nevada Athletic Commission, which are hereby made a part of this agreement; that the referee of said contest shall be duly licensed to act as such by the State of Nevada, and assigned to act as referee by the Nevada Athletic Commission. If the referee or the Nevada Athletic Commission shall duly decide that the Boxer and Manager, or either of them, did not enter into the contract in good faith; or the Boxer and Manager, or either of them, had any collusive understanding or agreement regarding the termination of the match other than that the same should be on an honest exhibition of skill on the part of the contestants; or that the Boxer is not honestly competing or did not give an honest exhibition of his skill, or is guilty of an act detrimental to the interest of boxing; it is agreed in any of such events that the Boxer shall not be entitled to the compensation above named, or any part thereof, unless so ordered by the Nevada Athletic Commission.

It is further agreed that the Promoter shall pay said compensation to the said Commission in the event the Commission shall to order upon any of the above-mentioned grounds. The Commission shall thereupon, in its discretion, make such disposition of said purse as it deems in the best interest of legitimate sport and may forfeit to the Nevada Athletic Commission all or any part of compensation or order the same or any portion thereof paid to the Boxer. All parties hereto agree to accept and be bound by the decision of the said Commission and such decision shall be final and conclusive of the rights of the parties thereto.

4. That the Boxer shall personally report at the above-named fight location for weighing and medical examination, in accordance with the rules and regulations of the Nevada Athletic Commission, and shall report at the site to the director of bouts two hours before the time set for the contest.

5. The Boxer agrees to appear when and as directed by the Promoter at all reasonable times for publicity purposes.

6. Should the Boxer desire the Manager be paid directly by the Promoter, deducting such amount from the Boxer's share of the purse:
(a) The Manager must be licensed by the Nevada State Athletic Commission;
(b) A valid service contract between the Boxer and Manager must be on file with the Commission;
(c) The amount paid to the manager may not exceed one-third of the purse;
(d) The Boxer must specify and initial any such amount below.

Manager's Share _____  Boxer's Initials _____

Any other pertinent facts or contractual clauses not included in the above should be written hereat:

_____
_____
_____
_____

TIME IS OF THE ESSENCE OF THIS AGREEMENT.

IN WITNESS WHEREOF, The parties hereto have hereunto affixed their hands and seals, in triplicate, at _____, Nevada.

PROMOTER __TR__ Date _____
By (Signature) _____ Date _____
BOXER (Signature) __Michael Acey__ Date _____
MANAGER (Signature) _____ Date _____

NOTICE TO MATCHMAKER: Every boxer MUST BE SIGNED on one of these Official Boxing Contracts. White copy of this contract MUST be submitted by weigh in time to the Commission.

Managers handling boxers under so-called "verbal agreements" cannot sign contracts for boxers' appearance as "verbal agreements" are not recognized by the Commission. If a boxer has no written contract with a licensed manager then such boxer must sign his own boxing contracts.

WHITE COPY—Nevada Athletic Commission; YELLOW COPY—Promoter's File; BLUE COPY—Boxer.

TM 363

OFFICIAL BOXING CONTRACT

# NEVADA ATHLETIC COMMISSION

### ARTICLES OF AGREEMENT

THIS AGREEMENT, Made and entered into in triplicate this **30** day of **NOV**, 19**89**, between **TOP RANK INC** of the City of **LAS VEGAS**, State of **NV**, a boxing promoter duly licensed under the laws of the State of Nevada, hereinafter called the Promoter, and **KEN LAKUSTA** of the City of **EDMONTON**, State of **CANADA**, a duly licensed boxer under the laws of the State of Nevada, License number _____, hereinafter called the Boxer, and _____ of the City of _____, State of _____, a duly licensed manager, under the laws of the State of Nevada, License number _____, hereinafter called the Manager.

WITNESSETH: In consideration of the mutual covenants and agreements hereinafter contained, the parties hereto hereby agree to and with each other as follows:

1. That the Boxer will appear and enter into a boxing contest at the site location of **LAS VEGAS MIRAGE**, Nevada, on the **7** day of **DEC**, 19**89**, or on a date to be hereafter agreed upon, for **8** rounds to a decision with **TOMMY MORRISON** of the City of **KANSAS CITY**, State of **KA**, as his opponent, at a weight of not over **HVY** pounds, said weight to be taken on the certified scales of the Promoter.

2. That the Promoter will pay the Boxer for such contest, and the Boxer agrees to accept in full of all claims and demands for his services and the performance by him of this contract, the sum of **TEN THOUSAND** Dollars ($ **10,000** ).

3. That the contest shall be with gloves to be furnished by the Promoter at its own expense, as provided by chapter 467 of the Nevada Revised Statutes, authorizing boxing contests, and shall be conducted in all respects in conformity with the laws of the State of Nevada, and the rules and regulations adopted by the Nevada Athletic Commission, which are hereby made a part of this agreement; that the referee of said contest shall be duly licensed to act as such by the State of Nevada, and assigned to act as referee by the Nevada Athletic Commission. If the referee or the Nevada Athletic Commission decide that the Boxer and Manager, or either of them, did not enter into the contract in good faith; or the Boxer and Manager, or either of them, had any definite understanding or agreement regarding the termination of the match other than that the same should be on an honest exhibition of skill on the part of the contestants; or that the Boxer is not honestly competing or did not give an honest exhibition of his skill, or is guilty of an act detrimental to the interest of boxing; it is agreed in any of such events that the Boxer shall not be entitled to the compensation above named, or any part thereof, unless so ordered by the Nevada Athletic Commission.

It is further agreed that the Promoter shall pay said compensation to the said Commission in the event the Commission shall so order upon any of the above-mentioned grounds. The Commission shall thereupon, in its discretion, make such disposition of said purse as it deems in the best interest of legitimate sport and may forfeit to the Nevada Athletic Commission all or any part of compensation or order the same or any portion thereof paid to the Boxer. All parties hereto agree to accept and be bound by the decision of the said Commission and such decision shall be final and conclusive of the rights of the parties thereto.

4. That the Boxer shall personally report at the above-named fight location for weighing and medical examination, in accordance with the rules and regulations of the Nevada Athletic Commission, and shall report at the site to the director of bouts two hours before the time set for the contest.

5. The Boxer agrees to appear when and as directed by the Promoter at all reasonable times for publicity purposes.

6. Should the Boxer desire the Manager be paid directly by the Promoter, deducting such amount from the Boxer's share of the purse:
(a) The Manager must be licensed by the Nevada State Athletic Commission;
(b) A valid service contract between the Boxer and Manager must be on file with the Commission;
(c) The amount paid to the manager may not exceed one-third of the purse;
(d) The Boxer must specify and initial any such amount below.

Manager's Share _____ Boxer's Initials _____

Any other pertinent facts or contractual clauses not included in the above should be written hereon:

ALL TELEVISION AND ANCILLARY RIGHTS BELONG TO PROMOTER FOR PERPETUITY

TIME IS OF THE ESSENCE OF THIS AGREEMENT.

IN WITNESS WHEREOF, The parties hereto have hereunto affixed their hands and seals, in triplicate, at _____, Nevada.

PROMOTER **TOP RANK** Date _____
By (Signature) _____ Date _____
BOXER (Signature) _____ Date _____
MANAGER (Signature) _____ Date _____

NOTICE TO MATCHMAKER: Every boxer MUST BE SIGNED on one of these Official Boxing Contracts. White copy of this contract MUST be submitted by weigh in time to the Commission.

Managers handling boxers under so-called "verbal agreements" cannot sign contracts for boxers' appearance as "verbal agreements" are not recognized by the Commission. If a boxer has no written contract with a licensed manager then such boxer must sign his own boxing contracts.

WHITE COPY—Nevada Athletic Commission; YELLOW COPY—Promoter's File; BLUE COPY—Boxer.

TM 398



**Quest Diagnostics Nichols Institute**
27027 Tourney Road
Valencia, CA 91355
800-421-7110
www.Nicholsinstitute.com

ACCESSION# 007-1045343-I
CLIENT# 41996

NAME: MORRISON, TOMMY

PHYSICIAN: REUBEN, HOWARD
NOTES:
PATIENT ID:
SPECIMEN ID:

LAB EXPRESS, INC.-C360
ATTN: ALEJANDRA - MARKETING
505 W. MCDOWELL RD.
BLDG A
PHOENIX    AZ  85003

DOB: 01/02/69   AGE: 38 Years
SEX: Male

DRAWN:        01/05/07 09:34
RECEIVED:     01/06/07 00:33
PRINTED:      07/30/14 11:37  ← 7/30/14
FINAL REPORT: 01/10/07 11:51

| TEST NAME | RESULTS | IMMEDIATE REFERENCE RANGE |
|---|---|---|

**Forwarded Specimen**

Date                     03/06/07

Your sample has been forwarded to the Health Department at their request.

**HEPATITIS C VIRUS RNA QUANTITATION [PCR]**

| HCV RNA PCR | < 5  | IU/mL     | (< 5)  |
| HCV RNA PCR | < 10 | copies/mL | (< 10) |

This test was developed using Analyte Specific Reagents (ASR) and its performance characteristics determined by Specialty Laboratories. It has not been cleared or approved by the U.S. Food and Drug Administration (FDA). The FDA has determined that such clearance or approval is not necessary. This test is used for clinical purposes. It should not be regarded as investigational or for research. Specialty Laboratories is regulated under the Clinical Laboratory Improvement Amendments of 1988 ("CLIA") as qualified to perform high complexity clinical testing.

**HEPATITIS C VIRUS IgG ABS**

Hepatitis C Virus IgG Abs    Reactive    *    Nonreactive

HCV Ab tested with reagents by Abbott AxSYM Anti-HCV (product #6C36).

statfax   3960       0
          Page 1

CLIA #05D0550302

LABORATORY DIRECTOR

Michael C. Dugan, M.D., FCAP

QDI 438



**Quest Diagnostics**

Quest Diagnostics Nichols Institute
27027 Tourney Road
Valencia, CA 91355
800-421-7110
www.Nicholsinstitute.com/valencia

ACCESSION# 011-6403805-I
CLIENT# 50241

NAME: MORRISON, TOMMY DAVID

PHYSICIAN: KLAUSNER MARI
NOTES:
PATIENT ID: F0001423106
SPECIMEN ID: R113370057

FT SANDERS REG MEDICAL CTR-CPU
1901 W CLINCH AVE

KNOXVILLE     TN   37916

DOB: 01/02/69     AGE: 42 Years
SEX: Male

DRAWN:         12/04/11 10:03
RECEIVED:      12/05/11 02:27
PRINTED:       07/30/14 12:21
FINAL REPORT:  12/07/11 17:40

| TEST NAME | RESULTS | IMMEDIATE REFERENCE RANGE |
|---|---|---|

SPECIMEN RESOLUTION CENTER NOTICE

***URGENT***     ***SPECIAL REPORT***     ***URGENT***

We are unable to perform the test specified below on the specimen received due to a temperature requirement discrepancy with the specimen. Please refer to our published specimen requirements. Resubmit a new specimen and order, if possible.

Specimen received refrigerated.

TEST: LYMPHOCYTE SUBSET PANEL 5 #1658

statfax  4025   0
         Page 1

CLIA #05D0650302

LABORATORY DIRECTOR

Michael C. Dugan, M.D., FCAP

QDI 459