UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAR 13 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| PATRICIA HARDING MORRISON,<br><br>Plaintiff - Appellant,<br><br>v.<br><br>QUEST DIAGNOSTICS, INC.; et al.,<br><br>Defendants - Appellees. | No. 16-17050<br><br>D.C. No. 2:14-cv-01207-RFB-PAL<br>U.S. District Court for Nevada, Las Vegas<br><br>**ORDER** |

The answering brief submitted by John Hiatt and Quest Diagnostics, Inc. on March 13, 2017 is filed.

Within 7 days of this order, appellees are ordered to file 7 copies of the brief in paper format, with a red cover, accompanied by certification (attached to the end of each copy of the brief) that the brief is identical to the version submitted electronically. A sample certificate is available on the Court's website, www.ca9.uscourts.gov, at the Electronic Filing - CM/ECF link.

The paper copies shall be printed from the PDF version of the brief created from the word processing application, not from PACER or Appellate CM/ECF.

The Court has reviewed the supplemental excerpts of record submitted on March 13, 2017. Within 7 days of this order, appellees are ordered to file 4 copies

of the excerpts in paper format, with a white cover. The paper copies must be in the format described in 9th Circuit Rule 30-1.6.

The paper copies shall be submitted to the principal office of the Clerk. For regular U.S. mail, the address is P.O. Box 193939, San Francisco, CA 94119-3939. For overnight mail, the address is 95 Seventh Street, San Francisco, CA 94103-1526.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Stephanie M. Lee
Deputy Clerk
Ninth Circuit Rule 27-7