NO. 16-17050

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

* * *

| | |
|---|---|
| PATRICIA HARDING MORRISON, <br> For the Estate of Tommy Morrison, <br>    Pro Se Plaintiff-Appellant, <br><br> v. <br><br> QUEST DIAGNOSTICS, et al. <br><br>    Defendants-Appellees. | D.C. No.: 2:14-cv-01207-RFB-PAL <br><br> Nevada (Las Vegas) |

*Appeal from the United States District Court*
*for the District of Nevada*

**NOTICE OF ERRATA TO APPELLEES' ANSWERING BRIEF**

ADAM PAUL LAXALT
Attorney General
VIVIENNE RAKOWSKY
Deputy Attorney General
VRakowsky@ag.nv.gov
Office of the Attorney General
555 East Washington Avenue #3900
Las Vegas, Nevada 89101
(702) 486-3103
Attorneys for Defendants-Appellees
Nevada State Athletic Commission,
Dr. Margaret Goodman, and Marc Ratner

1

This errata is being filed to correct the cover page of Appellees' Answering Brief to correctly show the underlying U.S. District Court Case as 2:14-cv-01207-RFB-PAL.  The corrected cover page is attached hereto as Exhibit A.

DATED this 20th day of March, 2017.

                                  ADAM PAUL LAXALT
                                  Attorney General

                              By:   s/ Vivienne Rakowsky
                                    VIVIENNE RAKOWSKY
                                    Deputy Attorney General

## **CERTIFICATE OF SERVICE**

U.S. Court of Appeals Docket Number: 16-17050

I hereby certify that I electronically filed the foregoing *Notice of Errata to Appellees' Answering Brief* with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system, on March 20, 2017.

Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

The following participant is not a registered CM/ECF user and will be served as follows:

Patricia Harding Morrison
P.O. Box 454
Rose Hill, KS 67133
tommyandtrishamorrison@yahoo.com
tommythedukemorrison@yahoo.com

                                                  /s/ M. Caro
                                    An Employee of the
                                    Office of the Attorney General