# EXHIBIT "A"

# EXHIBIT "A"

# NO. 16-17050

## UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT

\* \* \*

| | |
|---|---|
| PATRICIA HARDING MORRISON, For the Estate of Tommy Morrison, Pro Se Plaintiff-Appellant, | D.C. No.: 2:14-cv-01207-RFB-PAL Nevada (Las Vegas) |
| v. | |
| QUEST DIAGNOSTICS, et al. Defendants-Appellees. | |

*Appeal from the United States District Court
for the District of Nevada*

### APPELLEES' ANSWERING BRIEF

ADAM PAUL LAXALT
Attorney General
VIVIENNE RAKOWSKY
Deputy Attorney General
VRakowsky@ag.nv.gov
Office of the Attorney General
555 East Washington Avenue #3900
Las Vegas, Nevada  89101
(702) 486-3103
Attorneys for Defendants-Appellees
Nevada State Athletic Commission,
Dr. Margaret Goodman, and Marc Ratner