RECEIVED
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

APR 05 2017

FILED
DOCKETED
DATE
INITIAL

No. 16-17050

IN THE

## UNITED STATES COURT OF APPEALS

### FOR THE NINTH CIRCUIT

PATRICIA HARDING MORRISON
for the Estate of TOMMY MORRISON
*Plaintiff & Appellant,*

v.

QUEST DIAGNOSTICS INCORPORATED
JOHN HIATT
DR. MARGARET GOODMAN
NEVADA STATE ATHLETIC COMMISSION
MARC RATNER
*Defendants & Appellees.*

Appeal from the United States District Court for the District of Nevada
-Southern Division-
The Hon. Richard F. Boulware II, Judge (case number 2:2014-cv-01207)

## APPELLANT'S MOTION FOR PERMISSION TO FILE A SINGLE REPLY BRIEF TO APPELLEES' MULTIPLE ANSWERING BRIEFS

PATRICIA HARDING MORRISON
P.O. Box 454, Rose Hill, KS 67133
Tel. No. (865) 296-9973
e-mail: tommyandtrishamorrison@yahoo.com
Plaintiff, *Pro Se* & Appellant,
Personal Representative/ Administratrix for the
ESTATE OF TOMMY MORRISON

## MOTION

Plaintiff-Appellant, hereby moves this court for permission to file Appellant's Single Reply Brief to Defendants-Appellees' multiple Answering Briefs. This motion is pursuant to the Courts instructions received by mail on SATURDAY April 01st, 2017.

## MEMORANDUM

## OF POINTS AND AUTHORITIES

Plaintiff-Appellant has diligently proceeded to consolidate into one single reply brief pursuant to Rule 32-2(b) whereby the total word count is 7,000 plus an extra 1,400 when replying to multiple answering briefs. A total of 8,400 words are permitted automatically by the Ninth Circuit Court of Appeals.

This motion is accompanied by a Declaration signed by Patricia Harding Morrison –Plaintiff-Appellant, Pro Se, and an original copy of Appellant's Single Reply Brief for review. Three sets, in addition to the original have been submitted. Additional copies of the Single Reply Brief will be mailed upon approval by this Court.

## CONCLUSION

Plaintiff-Appellant respectfully requests that Appellant's Single Reply Brief shall cure the deficiencies as listed on the attached correspondence from this Court in order to reply to the combined size of Appellees' briefs submitted of

approximately 28,000 words in length. Opposing counsels have confirmed via email, as attached, that they are not opposed to Plaintiff's Motion.

Plaintiff-Appellant is not on the ECF system.

Respectfully submitted by, and for

Dated: April 04th , 2017  **THE ESTATE OF TOMMY MORRISON,**

By _____

PATRICIA HARDING MORRISON

PLAINTIFF-APPELLANT

PERSONAL REPRESENTATIVE /

ADMINISTRATRIX

**CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME
LIMITATION, TYPEFACE REQUIREMENTS,
AND TYPE STYLE REQUIREMENTS**

**I.**    This Motion complies with the type-volume limitation

of Fed.R.App.P.32(a)(7)(B)(ii) because the Motion contains: 321 words

excluding the parts of the brief exempted by Fed.R.App.P.32(a)(7)(B)(iii).

**II.**    This Motion complies with the typeface requirements

of Fed.R.App.P.32(a)(5) and the type style requirements

of Fed.R.App.P.32(a)(6) because this Brief has been prepared

in a proportionally spaced typeface using Microsoft Word 2010,

in 14-point Times New Roman.

**III.**    Attached Form 8.

Dated: April 04th , 2017        **THE ESTATE OF TOMMY MORRISON,**


By _Patricia Harding Morrison_

PATRICIA HARDING MORRISON

PLAINTIFF-APPELLANT

PERSONAL REPRESENTATIVE /

ADMINISTRATRIX


iv

## CERTIFICATE OF IDENTICAL COMPLIANCE
## OF MOTION

I certify that the text of the briefs sent to defense counsels are identical to the text of this original copy sent on APRIL 04th, 2017, to the Clerk of the Court of the United States Court of Appeals for the Ninth Circuit.

Dated: April 04th , 2017        **THE ESTATE OF TOMMY MORRISON,**

By _Patter Harding Morrison_

PATRICIA HARDING MORRISON

PLAINTIFF-APPELLANT

PERSONAL REPRESENTATIVE /

ADMINISTRATRIX

v

## CERTIFICATE OF SERVICE

## Case Name: MORRISON v QUEST ET AL

## 9th Cir. Case No: 16-17050

I am over 18 years of age and a party to this action. On APRIL 04th , 2017,

I certify that I sent from Wichita, Kansas, the following documents:

### APPELLANT's DECLARATION

### APPELLANT'S MOTION TO FILE SINGLE REPLY BRIEF

### COURT'S CORRESPONDENCE

### EMAIL EXCHANGE WITH OPPOSING COUNSEL

### APPELLANT's SINGLE REPLY BRIEF FOR REVIEW

### FORM 8

by enclosing copies in envelopes and depositing the sealed envelopes with first

class postage fully prepaid to the respondents' attorneys.

A true, identical, correct copy of the above documents were sent using fully

prepaid Federal Express Overnight Service to the Office of the Clerk for filing.

Three additional, bound, copies of the above documents were also sent to the

Office of the Clerk. The addresses and recipients are as follows,

D. Faye Caldwell, Pro Hac Vice, Caldwell Everson, PLLC

2777 Allen Parkway, Suite 950, Houston, TX 77019

vi

*(Attorney for Appellees Quest Diagnostics Incorporated and John Hiatt) (served via First Class Mail)*

**and**

Vivienne Rakowsky, Esq.

Deputy Attorney General

555 East Washington Avenue, Suite 3900,

Las Vegas, Nevada 89101

*(Attorney for Appellees Nevada State Athletic Commission, Marc Ratner, And Dr. Margaret Goodman (served Via First Class Mail)*

Defense counsels are registered CM/ECF users.

**And for scanning and filing on to the ECF system, to:**

OFFICE OF THE CLERK

James. R. Browning Courthouse, U.S. Court of Appeals,

95 Seventh Street, San Francisco, CA 94103-1526

(Ninth Circuit Court of Appeals)

(served via Federal Express)

I declare I am not a registered CM/ECF user.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 04th , 2017     **THE ESTATE OF TOMMY MORRISON,**

By _____

PATRICIA HARDING MORRISON

PLAINTIFF-APPELLANT

PERSONAL REPRESENTATIVE /

ADMINISTRATRIX

No. 16-17050

IN THE

**UNITED STATES COURT OF APPEALS**

FOR THE NINTH CIRCUIT

PATRICIA HARDING MORRISON
for the Estate of TOMMY MORRISON
*Plaintiff & Appellant,*

v.

QUEST DIAGNOSTICS INCORPORATED
JOHN HIATT
DR. MARGARET GOODMAN
NEVADA STATE ATHLETIC COMMISSION
MARC RATNER
*Defendants & Appellees.*

Appeal from the United States District Court for the District of Nevada
-Southern Division-
The Hon. Richard F. Boulware II, Judge (case number 2:2014-cv-01207)

**DECLARATION IN SUPPORT OF MOTION TO FILE A SINGLE
REPLY BRIEF TO APPELLEES' MULTIPLE ANSWERING BRIEFS**

PATRICIA HARDING MORRISON
P.O. Box 454, Rose Hill, KS 67133
Tel. No. (865) 296-9973
e-mail: tommyandtrishamorrison@yahoo.com
Plaintiff, *Pro Se* & Appellant,
Personal Representative/ Administratrix for the
ESTATE OF TOMMY MORRISON

## DECLARATION

I, Patricia Harding Morrison, hereby declare;

1.  I am the Personal Representative / Administratrix for the Estate of TOMMY MORRISON, and Appellant, Pro Se, in this case. I am admitted to appear before this Court and I have personal knowledge of the facts stated herein.

2.  I submit this declaration in support of Plaintiff-Appellant's motion to file a Single Reply Brief in response to the multiple briefs filed by Appellees Quest Diagnostics and John Hiatt, and Nevada State Athletic Commission, Marc Ratner, and Dr. Margaret Goodman, to cure deficiency notices #10375010 and #10374970 received on APRIL 01ST, 2017.

3.  I am not a registered user on the ECF system.

4.  I enclose an original copy of Appellant's Single Reply Brief for review, for scanning and electronic filing, and an additional 3 copies for the Court.

5.  I declare I corresponded with opposing counsels with regards to this motion, and attach emails to that fact. Appellees' counsels do not oppose this motion.

6.  I declare a copy of this Declaration, Motion, Single Reply Brief have been mailed first class to defense counsels.

    I declare under penalty of perjury under the laws of the United States that

the foregoing is true and correct.

Dated: April 04th , 2017 **THE ESTATE OF TOMMY MORRISON,**

By _____

PATRICIA HARDING MORRISON

PLAINTIFF-APPELLANT

PERSONAL REPRESENTATIVE /

ADMINISTRATRIX

iii

No. 16-17050

IN THE

## UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

PATRICIA HARDING MORRISON
for the Estate of TOMMY MORRISON
*Plaintiff & Appellant,*

v.

QUEST DIAGNOSTICS INCORPORATED
JOHN HIATT
DR. MARGARET GOODMAN
NEVADA STATE ATHLETIC COMMISSION
MARC RATNER
*Defendants & Appellees.*

Appeal from the United States District Court for the District of Nevada
-Southern Division-
The Hon. Richard F. Boulware II, Judge (case number 2:2014-cv-01207)

## ATTACHMENTS TO MOTION – A. COURT CORRESPONDENCE

PATRICIA HARDING MORRISON
P.O. Box 454, Rose Hill, KS 67133
Tel. No. (865) 296-9973
e-mail: tommyandtrishamorrison@yahoo.com
Plaintiff, *Pro Se* & Appellant,
Personal Representative/ Administratrix for the
ESTATE OF TOMMY MORRISON

## COURT CORRESPONDENCE

2 PAGES.

Dated: April 04TH , 2017 **THE ESTATE OF TOMMY MORRISON,**

By _____

PATRICIA HARDING MORRISON

PLAINTIFF-APPELLANT

PERSONAL REPRESENTATIVE /

ADMINISTRATRIX



Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

Molly C. Dwyer
Clerk of Court

March 28, 2017

| | |
|---|---|
| **To:** | Patricia Harding Morrison |
| **From:** | Molly C. Dwyer, Clerk of Court<br>By: Stephanie M. Lee, Deputy Clerk |
| **Re:** | Receipt of a Deficient Brief of Appellant on 03/24/2017 |

| | |
|---|---|
| USCA No. 16-17050 | Patricia Morrison v. Quest Diagnostics, Inc., et al |

The reply brief cannot be filed for the following reason(s):

- *Multiple reply briefs submitted: Only one reply brief may be filed. See 9th Cir. R. 28-5: If multiple answering briefs are filed, an appellant is limited to filing a single brief in response to the multiple briefs. **Please submit <u>either</u> a motion requesting permission to file multiple reply briefs <u>or</u> a single substitute reply brief accompanied by a motion requesting permission to file a substitute reply brief.***

The following action has been taken with respect to the brief received in this office:

- *The deficiency by the appellant is judged to be serious. We cannot file your brief.*

When you submit your motion or a corrected brief, **please return a copy of this letter.**

16-17050

CLERK, U.S. COURT OF APPEALS
FOR THE NINTH CIRCUIT
P.O. BOX 193939
SAN FRANCISCO, CALIFORNIA 94119-3939

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

Patricia Harding Morrison
P.O. Box 454
Rose Hill, KS 67133

67133-045454

SAN FRANCISCO
CA 940
29 MAR '17
PM 3 L

LEGAL MAIL

No. 16-17050

IN THE

## UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

PATRICIA HARDING MORRISON
for the Estate of TOMMY MORRISON
*Plaintiff & Appellant,*

v.

QUEST DIAGNOSTICS INCORPORATED
JOHN HIATT
DR. MARGARET GOODMAN
NEVADA STATE ATHLETIC COMMISSION
MARC RATNER
*Defendants & Appellees.*

Appeal from the United States District Court for the District of Nevada
-Southern Division-
The Hon. Richard F. Boulware II, Judge (case number 2:2014-cv-01207)

## ATTACHMENTS TO MOTION – B. EMAIL CORRESPONDENCE

PATRICIA HARDING MORRISON
P.O. Box 454, Rose Hill, KS 67133
Tel. No. (865) 296-9973
e-mail: tommyandtrishamorrison@yahoo.com
Plaintiff, *Pro Se* & Appellant,
Personal Representative/ Administratrix for the
ESTATE OF TOMMY MORRISON

## **EMAIL CORRESPONDENCE**

- 2 PAGES:  FAYE.D.CALDWELL FOR QUEST/HIATT

- 2 PAGES: KEITH WEAVER –

    LOCAL COUNSEL FOR QUEST/HIATT

    NON-INVOLVEMENT IN APPEAL.

- 2 PAGES: RAKOWSKY FOR NSAC/RATNER/GOODMAN


Dated: April 04TH , 2017 **THE ESTATE OF TOMMY MORRISON,**

By _____

PATRICIA HARDING MORRISON

PLAINTIFF-APPELLANT

PERSONAL REPRESENTATIVE /

ADMINISTRATRIX

ii

From: Vivienne Rakowsky <VRakowsky@ag.nv.gov>
Date: 4/3/17 9:44 AM (GMT-06:00)
To: "'tommyandtrishamorrison@yahoo.com'" <tommyandtrishamorrison@yahoo.com>,
Faye Caldwell <fcaldwell@caldwelleverson.com>, Keith Weaver
<keith.weaver@lewisbrisbois.com>
Subject: RE: MORRISON v QUEST ET AL

The state defendants do not intend to oppose a motion requesting leave to file an
amended brief to cure the deficiencies cited by the 9th Circuit Clerk.

Sincerely,

Vivienne

**Vivienne Rakowsky, Deputy Attorney General**

**State of Nevada**

**Office of the Attorney General**

**555 East Washington Avenue, Suite 3900**

**Las Vegas, Nevada 89101**

vrakowsky@ag.nv.gov

**Phone: (702) 486-3103**

**Fax: (702) 486-3416**

This message and attachments are intended only for the addressee(s) and may contain information
that is privileged and confidential. If the reader of the message is not the intended recipient or an
authorized representative of the intended recipient, I did not intend to waive and do not waive any
privileges or the confidentiality of the messages and attachments, and you are hereby notified that
any dissemination of this communication is strictly prohibited. If you receive this communication in
error, please notify me immediately by e-mail at vrakowsky@ag.nv.gov and delete the message and
attachments from your computer and network. Thank you.

**From:** tommyandtrishamorrison@yahoo.com [mailto:tommyandtrishamorrison@yahoo.com]
**Sent:** Friday, March 31, 2017 8:48 AM
**To:** Vivienne Rakowsky; Faye Caldwell; Keith Weaver
**Subject:** MORRISON v QUEST ET AL

Ms. Rakowsky

Ms. Caldwell

Mr. Weaver

Upon calling the Ninth Circuit Court of Appeals, they informed me that the

multiple reply briefs are deficient and they have mailed me notification of

this.

To date I still have not received their correspondence, and I am not on

ECF system.

I shall be filing a motion with a single reply brief to cure the deficiency and will

mail the motion, declaration and single reply brief to the courts, and your

respective offices on Monday.

Please advise by return, if your intention is to oppose, or not, this motion.

Thank you.

PATRICIA HARDING MORRISON

Trisha for Tommy. RIP.
"Everything Hidden in Darkness Shall Come To The Light" - Tommy Morrison -

-------- Original message --------
From: Faye Caldwell <FCaldwell@caldwelleverson.com>
Date: 3/31/17 4:52 PM (GMT-06:00)
To: "'tommyandtrishamorrison@yahoo.com'" <tommyandtrishamorrison@yahoo.com>
Cc: Vivienne Rakowsky <vrakowsky@ag.nv.gov>
Subject: RE: MORRISON v QUEST ET AL

Ms. Morrison:


Quest Diagnostics will not be opposed to a motion requesting leave to file an amended brief to cure the deficiencies cited by the Clerk in your reply briefs in accordance with Ninth Circuit Local Rules.


Faye



**Faye Caldwell**



**THE INFORMATION CONTAINED IN THIS TRANSMISSION IS A PRIVILEGED ATTORNEY-CLIENT COMMUNICATION AND/OR CONTAINS CONFIDENTIAL INFORMATION INTENDED SOLELY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION, OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED.**


**From:** tommyandtrishamorrison@yahoo.com [mailto:tommyandtrishamorrison@yahoo.com]
**Sent:** Friday, March 31, 2017 10:48 AM
**To:** Vivienne Rakowsky; Faye Caldwell; Keith Weaver
**Subject:** MORRISON v QUEST ET AL


Ms. Rakowsky

Ms. Caldwell

Mr. Weaver

Upon calling the Ninth Circuit Court of Appeals, they informed me that the
multiple reply briefs are deficient and they have mailed me notification of
this.

To date I still have not received their correspondence, and I am not on
ECF system.

I shall be filing a motion with a single reply brief to cure the deficiency and will
mail the motion, declaration and single reply brief to the courts, and your
respective offices on Monday.

Please advise by return, if your intention is to oppose, or not, this motion.

Thank you.

PATRICIA HARDING MORRISON

Trisha for Tommy. RIP.
"Everything Hidden in Darkness Shall Come To The Light" - Tommy Morrison -

-------- Original message --------
From: "Weaver, Keith" <Keith.Weaver@lewisbrisbois.com>
Date: 3/31/17 12:45 PM (GMT-06:00)
To: tommyandtrishamorrison@yahoo.com
Cc: Vivienne Rakowsky <vrakowsky@ag.nv.gov>, Faye Caldwell
<fcaldwell@caldwelleverson.com>, "Gonzales, Emma"
<Emma.Gonzales@lewisbrisbois.com>
Subject: Re: MORRISON v QUEST ET AL

Ms. Morrison:
For all purposes relating to the appeal, I am not involved--only Ms. Caldwell on behalf of
Quest. Therefore you don't need to include me on any emails relating to the appeal and
going forward I won't be responding to any Thanks.

**Keith A. Weaver**
**Partner**
**Keith.Weaver@lewisbrisbois.com**

**T: 702.693.4337 F: 702.893.3789**

6385 South Rainbow Blvd., Suite 600, Las Vegas, NV 89118  |  LewisBrisbois.com

**Representing clients from coast to coast. View our locations nationwide.**

This e-mail may contain or attach privileged, confidential or protected information intended only for the use of the intended recipient. If you intended recipient, any review or use of it is strictly prohibited. If you have received this e-mail in error, you are required to notify the sender delete this email and any attachment from your computer and any of your electronic devices where the message is stored.

On Mar 31, 2017, at 9:47 AM, "tommyandtrishamorrison@yahoo.com"
<tommyandtrishamorrison@yahoo.com> wrote:

Ms. Rakowsky

Ms. Caldwell

Mr. Weaver


Upon calling the Ninth Circuit Court of Appeals, they informed me that the

multiple reply briefs are deficient and they have mailed me notification of

this.

To date I still have not received their correspondence, and I am not on
ECF system.

I shall be filing a motion with a single reply brief to cure the deficiency and will
mail the motion, declaration and single reply brief to the courts, and your
respective offices on Monday.

Please advise by return, if your intention is to oppose, or not, this motion.

Thank you.

PATRICIA HARDING MORRISON

Trisha for Tommy. RIP.
"Everything Hidden in Darkness Shall Come To The Light" - Tommy Morrison -