UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

# FILED

APR 7 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| PATRICIA HARDING MORRISON, | No.   16-17050 |
| Plaintiff-Appellant, | D.C. No. 2:14-cv-01207-RFB-PAL District of Nevada, Las Vegas |
| v. | |
| QUEST DIAGNOSTICS, INC.; et al., | ORDER |
| Defendants-Appellees. | |

Appellant's motion to file a substitute reply brief (Docket Entry No. 19) is granted.  The Clerk shall file the reply brief at Docket Entry No. 20, and strike the reply briefs at Docket Entry Nos. 17 and 18.

Briefing is complete.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Gabriela Buccinio
Deputy Clerk
Ninth Circuit Rule 27-7