| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | FEB 1 2018 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

PATRICIA HARDING MORRISON,

    Plaintiff-Appellant,

 v.

QUEST DIAGNOSTICS INC.; et al.,

    Defendants-Appellees.

No. 16-17050

D.C. No. 2:14-cv-01207-RFB-PAL
District of Nevada,
Las Vegas

ORDER

Before:     SILVERMAN, TALLMAN, and N.R. SMITH, Circuit Judges.

    Morrison's motion for leave to file a supplemental brief in further support of rehearing en banc (Docket Entry No. 28) is granted. The Clerk shall file the supplemental brief received on December 5, 2017 (Docket Entry No. 27).