UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

FEB 01 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

PATRICIA HARDING MORRISON,

               Plaintiff - Appellant,

v.

QUEST DIAGNOSTICS INC.; et al.,

               Defendants - Appellees.

No. 16-17050

D.C. No. 2:14-cv-01207-RFB-PAL
U.S. District Court for Nevada, Las
Vegas

**ORDER**

      The supplemental brief submitted by Patricia Harding Morrison on

December 5, 2017 is filed.

      Within 7 days of this order, appellant is ordered to file 20 copies of the brief

in paper format, with a tan cover, accompanied by certification (attached to the end

of each copy of the brief) that the brief is identical to the version submitted

electronically. A sample certificate is available on the Court's website,

www.ca9.uscourts.gov, at the File a Document - CM/ECF link.

      The paper copies shall be printed from the PDF version of the brief created

from the word processing application, not from PACER or CM/ECF.

      The paper copies shall be submitted to the principal office of the Clerk. For

regular U.S. mail, the address is P.O. Box 193939, San Francisco, CA 94119-3939.

For overnight mail, the address is 95 Seventh Street, San Francisco, CA 94103-1526.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Stephanie M. Lee
Deputy Clerk
Ninth Circuit Rule 27-7