| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | FEB 26 2018 |
| | MOLLY C. DWYER, CLERK |
| | U.S. COURT OF APPEALS |

PATRICIA HARDING MORRISON,

    Plaintiff-Appellant,

 v.

QUEST DIAGNOSTICS INC.; et al.,

    Defendants-Appellees.

No. 16-17050

D.C. No. 2:14-cv-01207-RFB-PAL
District of Nevada,
Las Vegas

ORDER

Before: SILVERMAN, TALLMAN, and N.R. SMITH, Circuit Judges.

The panel has voted to deny the petition for panel rehearing.

The full court has been advised of the petition for rehearing en banc and no judge has requested a vote on whether to rehear the matter en banc. *See* Fed. R. App. P. 35.

Morrison's petition for panel rehearing and petition for rehearing en banc (Docket Entry No. 25) are denied.

No further filings will be entertained in this closed case.