UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAR 07 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

PATRICIA HARDING MORRISON,

    Plaintiff - Appellant,

v.

QUEST DIAGNOSTICS INC.; et al.,

    Defendants - Appellees.

No. 16-17050

D.C. No. 2:14-cv-01207-RFB-PAL
U.S. District Court for Nevada, Las Vegas

**MANDATE**

The judgment of this Court, entered October 03, 2017, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

Costs are taxed against the appellant in the amount of $210.60.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Jessica F. Flores Poblano
Deputy Clerk
Ninth Circuit Rule 27-7