# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

May 11, 2018

Clerk
United States Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco, CA  94103-1526

     Re:  Patricia Morrison
            v. Quest Diagnostics Inc., et al.
            No. 17-1537
            (Your No. 16-17050)

Dear Clerk:

    The petition for a writ of certiorari in the above entitled case was filed on May 7, 2018 and placed on the docket May 11, 2018 as No. 17-1537.

                       Sincerely,

                       **Scott S. Harris**, Clerk

                       by

                       Redmond K. Barnes
                       Case Analyst