# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

November 19, 2018

Scott S. Harris
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Ninth
Circuit
95 Seventh Street
San Francisco, CA 94103-1526

    Re:  Patricia Morrison
          v. Quest Diagnostics Inc., et al.
          No. 17-1537
          (Your No. 16-17050)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for rehearing is denied.

Sincerely,

**Scott S. Harris**, Clerk